**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DAEDALUS CLOUD LLC,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION AND ORACLE AMERICA, INC.,<br><br>Defendants. | Case No. 1:26-cv-02709<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Daedalus Cloud LLC ("Daedalus" or "Plaintiff") for its Complaint against Defendants Oracle Corporation and Oracle America, Inc. (collectively, "Oracle" or "Defendants"), hereby alleges as follows:

## I. INTRODUCTION

1. This is a patent infringement action.

2. The patents-in-suit embody inventions developed by accelerated graphics processing unit data storage pioneer, Nyriad. Nyriad developed storage technology, including technology to assist with the enormous amounts of data to be generated by the world's largest radio telescope. *See* § IV.A.1. below.

3. Daedalus, the present owner of the patents-in-suit, asserts them here against Oracle.

4. The patents-in-suit generally relate to computer system data storage and/or retrieval management. *See* §§ IV.A.2-3 below.

5. Excellent data storage/retrieval management is a must for any company operating massive data centers to sell cloud services. Defendant Oracle is just such a company. Oracle infringes the

patents-in-suit, including through its mainstay Oracle Cloud Infrastructure (OCI) offering. *See* §§ IV.B.-V below.

## II. THE PARTIES

6. Plaintiff Daedalus is the owner and assignee of the patents-in-suit, United States Patent Nos.: 11,263,145; 11,782,844; 12,235,772; and 12,086,070 (collectively, the "Asserted Patents").

7. Daedalus is a New York limited liability company with a principal place of business located at 75 South Riverside Avenue, Unit B, Croton-on-Hudson, NY 10520.

8. Defendant Oracle Corporation is a Delaware corporation with a principal place of business at 2300 Oracle Way, Austin, Texas.

9. Defendant Oracle America, Inc. ("Oracle America") is a Delaware corporation with a principal place of business at 2300 Oracle Way, Austin, Texas and/or 500 Oracle Parkway, Redwood Shores, CA 94065. Oracle America is an Oracle Corporation subsidiary.

10. Oracle Corporation and Oracle America conduct business in Virginia and in the Eastern District of Virginia, including through at least the following Oracle facilities: an office located at 1910 Oracle Way, Reston, VA 20190; an office located at 1812 North Moore Street, Arlington, VA 22209; an office located at 1595 Spring Hill Road, Suite 300, Vienna, VA 22182; and Oracle's US East data center located in Ashburn, Virginia.

## III. JURISDICTION AND VENUE

11. This is an action arising under the patent laws of the United States of America, 35 U.S.C. §§ 101, *et seq*. Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

12. Defendants are subject to this Court's personal jurisdiction in accordance with due process and/or the Virginia Long Arm Statute, Virginia Code § 8.01-328, *et seq*.

13. This Court also has personal jurisdiction over Defendants because they committed and continue to commit acts of infringement in this District in violation of at least 35 U.S.C. §§ 271(a). In particular, on information and belief, Oracle Corporation and Oracle America have made, used, offered to sell and sold licenses for, or access to, the accused products/services in this District.

14. Defendants are subject to the Court's personal jurisdiction, in part, because they regularly conduct and solicit business, or otherwise engage in other persistent courses of conduct in this District, and/or derive substantial revenue from the sale and distribution of infringing goods and services provided to individuals and businesses in this District.

15. This Court has personal jurisdiction over Defendants because, *inter alia*, Defendants: (1) have substantial, continuous, and systematic contacts with this Commonwealth and this District; (2) own, manage, and operate facilities in this Commonwealth and this District; (3) enjoy substantial income from their operations and sales in this Commonwealth and this District; (4) employ Virginia residents in this Commonwealth and this District; and (5) solicit business and market products, systems and/or services in this Commonwealth and this District including, without limitation, those related to the infringing accused products/services. For example, Oracle has offices in Reston, Arlington, and Vienna and a data center in Ashburn.

16. Venue is proper in this District pursuant to at least 28 U.S.C. §1391(b)-(c) and §1400(b), at least because Defendants, either directly or through their agents, have committed acts of patent infringement within this District giving rise to this action, and have regular and established places of business in this District. For example, Oracle's Ashburn data center hosts servers for Oracle Cloud Infrastructure—Oracle Cloud Infrastructure (OCI) is accused of infringement here—and Oracle has at least three offices in this District.

17. Oracle's ties, including its Oracle Cloud Infrastructure ties, to the Commonwealth, this District, and the greater Virginia-DC region, are significant and long-standing. *See, e.g.,* Governor Gilmore Dedicates Oracle's New Fairfax County Campus, Press Release, Virginia Economic Development Partnership, Nov. 6, 1998, available at https://www.vedp.org/press-release/1998-11/fairfax-county-new-oracle-campus ("Governor Jim Gilmore today attended the grand opening ceremony in Fairfax County for Oracle Corporation's newest campus. Oracle invested $65 million in the project. Now complete, the first building of the campus occupies 210,000 square feet and can house up to 1,000 employees. Oracle announced that the entire campus, which has room for four buildings, can house up to 3,500 employees").

18. For example, Oracle's physical footprint in the region is substantial, with at least three Virginia offices (Reston, Arlington, and Vienna), a Washington D.C. office (located at 901 F Street NW, Suite 800, Washington, DC 20004), and its Ashburn data center.

19. These Oracle facilities pertain to OCI. For instance, based on Internet searches, Oracle executives whose work relates to OCI work out of this region, including Oracle's: Kim Lynch, Executive Vice President, Government Defense and Intelligence, Reston, Virginia; Rand Waldron, Senior Vice President, Sovereign Regions, and Government, Defense and Intelligence Engineering, McLean, Virginia; Eric DiRuzzo, Vice President OCI & AI – Energy & Utilities, Arlington, Virginia; and Thameem Ulla K, C.T.O., Cloud First, the Washington DC-Baltimore area. Oracle also recruits for Virginia based technical positions related to OCI design, operation, maintenance, and improvement.[1]

---

[1] *See, e.g.,* https://careers.oracle.com/en/sites/jobsearch/job/341011?utm_medium=search%20engine&utm_source=google ("Cloud Solution Engineer 4[,] Reston, VA …. [T]o architect, deploy, secure, and operationalize Oracle Cloud Infrastructure (OCI) solutions….");

20. Oracle's Ashburn data center is a critical and uniquely positioned piece of Oracle's OCI infrastructure.

21. Northern Virginia is a prime data center location. In fact, Northern Virginia is the global data center leader, with the Northern Virginia Regional Commission explaining that:

> Northern Virginia has over 250+ data centers - the highest concentration of data centers in the world. Much of the world's internet traffic runs through Northern Virginia's network of data centers—known as 'Data Center Alley'—making the region a critical player in the global technology economy.

https://www.novaregion.org/1598/Data-Centers.[2]

22. These data centers rely on the Commonwealth's energy grid and proximity to key markets, generate revenue for Virginia's local governments, and disproportionately impact their neighbors, Virginia residents. *See* A.I. Is on the Rise, and So Is the Environmental Impact of the Data Centers That Drive It, A.X. Chen, Smithsonian Magazine, Sep. 29, 2025, available at https://www.smithsonianmag.com/science-nature/with-ai-on-the-rise-what-will-be-the-

---

https://careers.oracle.com/en/sites/jobsearch/job/337773?%20keyword=Consulting%20Technical%20Manager&lastSelectedFacet=LOCATIONS&location=United%20States&locationId%20=300000000149325utm_medium&selectedLocationsFacet=100000000730814 ("Consulting Technical Manager, Senior Cloud Architect[,] Reston, VA …. [P]lay a critical role in designing, implementing, and maintaining Oracle Cloud Infrastructure (OCI) solutions ….");
https://careers.oracle.com/en/sites/jobsearch/job/339138?%20keyword=Senior%20Director%2C%20Network%20Development&location=United%20States&locationId=300000000149%20325utm_medium ("Senior Director, Network Development … Ashburn, VA …. [L]ead engineering teams responsible for the operational excellence, reliability, and continuous improvement of Oracle Cloud Infrastructure's global physical network"); *see also* https://eeho.fa.us2.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_45001/job/340399?utm_source=bandana ("Principal Platform Software Engineer – Work in Vienna VA Office …. [R]ole requires close collaboration with … OCI teams ….").

[2] "The Northern Virginia Regional Commission (NVRC) is a regional council of thirteen member local governments in the Northern Virginia suburbs of Washington DC." It is "a political subdivision … within the Commonwealth." https://www.novaregion.org/8/About-NVRC. Members include Arlington, Fairfax, and Loudoun Counties. *See* https://www.novaregion.org/66/Member-Governments.

environmental-impacts-of-data-centers-180987379/ ("Clusters of large data centers are strategically chosen based on proximity to clients, electricity costs and available infrastructure. For example, data centers have been running through Northern Virginia since the advent of the internet in the mid-1990s because of the area's cheap energy, a favorable regulatory system and proximity to Washington"); https://www.novaregion.org/1598/Data-Centers ("Collectively, data centers contribute over a billion dollars of tax revenue to the budgets of Northern Virginia's local governments").

23. Oracle has established itself in Virginia to take advantage of the benefits Virginia affords its mainstay cloud platform product, Oracle Cloud Infrastructure.

24. OCI is provisioned to commercial customers based on cloud regions. *See* https://www.oracle.com/cloud/public-cloud-regions/ ("Organizations can move, build, and run all workloads and cloud applications on Oracle Cloud Infrastructure (OCI) while complying with regional data regulations"). There are only four such regions in the U.S., corresponding to four major OCI data centers:

Commercial

| North America | Oracle Interconnect for Azure | Oracle Interconnect for Google Cloud | Status | Region to Region Latency<br>US East (Ashburn) |
|---|---|---|---|---|
| US East (Ashburn) | ✔ | ✔ | Live | |
| US Midwest (Chicago) | | | Live | |
| US West (Phoenix) | ✔ | | Live | |
| US West (San Jose) | ✔ | | Live | |
| Canada Southeast (Montreal) | | ✔ | Live | |
| Canada Southeast (Toronto) | ✔ | ✔ | Live | |
| Mexico Central (Querétaro) | | | Live | |
| Mexico Northeast (Monterrey) | | | Live | |

*Id.*

25. Ashburn serves as the OCI data center for the "US East," and as shown above, it is the only major OCI data center on the East Coast.

26. Oracle's ties to this region are not limited to its commercial infrastructure and product deployments but include its governmental work.

27. Oracle has deep Federal government ties, including with the CIA, which is headquartered in this District. *See, e.g.*, Oracle Signs 10-year Software Contract with Pentagon Worth Up to $7 Billion, J. Novey, CNBC, Jul. 23, 2026, available at https://www.cnbc.com/2026/07/23/oracle-wins-10-year-pentagon-software-contract-worth-up-to-7-billion.html ("The contract covers the use of Oracle software in on-premises data centers for branches of the military, the U.S. intelligence community and the Coast Guard, according to a statement. The Central Intelligence Agency was Oracle's first customer"). The Federal government is more than just a major Oracle customer; it is an OCI user. *See, e.g.*, https://blogs.oracle.com/cloud-infrastructure/oci-secure-desktops-government-defense-regions ("We are pleased to announce the general availability of Oracle Cloud Infrastructure (OCI) Secure Desktops in the Oracle US Government Cloud and Oracle US Defense Cloud regions …."); Oracle Unveils AI Data Platform for the US Federal Government, PR Newswire, Mar. 31, 2026, available at https://www.oracle.com/news/announcement/oracle-unveils-ai-data-platform-for-us-federal-government-2026-03-31/ ("News Provided By Oracle Corporation …. For US federal government agencies, Oracle AI Data Platform makes data AI-ready … by harnessing the combined capabilities of Oracle Cloud Infrastructure (OCI) …. [B]y brining together: …. OCI Object Storage ….").

28. The Oracle Ashburn data center serves as the data center for "US Gov East" and "US DoD East" and is among a limited set of major Oracle data centers for U.S. government services:

**Government**

| North America | Oracle Interconnect for Azure | Oracle Interconnect for Google Cloud | Status | Region to Region Latency |
|---|---|---|---|---|
| US Gov East (Ashburn) | | ✓ | Live | — |
| US Gov West (Phoenix) | ✓ | ✓ | Live | — |
| US DoD East (Ashburn) | | | Live | — |
| US DoD North (Chicago) | | | Live | — |
| US DoD West (Phoenix) | | | Live | — |

https://www.oracle.com/cloud/public-cloud-regions/.

**Oracle US Government Cloud Regions**

| Region Name | Region Identifier | Region Location | Region Key |
|---|---|---|---|
| US Gov East (Ashburn) | us-langley-1 | Ashburn, VA | LFI |
| US Gov West (Phoenix) | us-luke-1 | Phoenix, AZ | LUF |

**Oracle US Defense Cloud Regions**

| Region Name | Region Identifier | Region Key |
|---|---|---|
| US DoD East (Ashburn) | us-gov-ashburn-1 | RIC |
| US DoD North (Chicago) | us-gov-chicago-1 | PIA |
| US DoD West (Phoenix) | us-gov-phoenix-1 | TUS |

https://blogs.oracle.com/cloud-infrastructure/oci-secure-desktops-government-defense-regions.

29. Virginia agencies also have deep Oracle ties. For example, the Virginia Information Technologies Agency (VITA) partners with Oracle to provide an Enterprise Resource Planning (ERP) system that is integrated with the Commonwealth's accounting and human capital management solutions. *See* https://www.cardinalproject.virginia.gov/applications ("Cardinal is the Commonwealth of Virginia's Enterprise Resource Planning (ERP) system that leverages Oracle's PeopleSoft software. This web-based solution fully integrates the Cardinal Portal as the gateway to the Cardinal Financials (FIN) and Human Capital Management (HCM) applications").

30. The Commonwealth's Oracle connections include the use of OCI. For instance, VITA manages specific OCI engagements for other Virginia agencies. *See* https://www.vita.virginia.gov/services/cloud-services/ ("Cloud Services Offerings … Oracle

Cloud Infrastructure …. Charges from … OCI will receive a mark-up from VITA and passed on to the customer"); https://events.vita.virginia.gov/chooseSession?MeetingID=199 ("Meeting opportunities regarding the Oracle Cloud Infrastructure service will be shared on this registration page"). To take a more specific example, the Virginia Alcoholic Beverage Control Authority (the Virginia ABC) uses OCI. As Oracle itself boasts, the Virginia ABC migrated more than 7 terabytes of data to OCI. *See* https://www.oracle.com/customers/virginia-abc/ ("Virginia ABC worked with Oracle on a proof of concept (POC) to migrate one major database to Oracle Cloud Infrastructure (OCI). Based on the results, ABC selected OCI and Oracle Enterprise Database Service to migrate its primary workloads to cloud …. Virginia ABC migrated more than 7 TB of data, including all development, test, and production workloads to OCI ….").

31. Oracle is deeply entrenched in Virginia. This Court has personal jurisdiction over Oracle and venue is proper here.

## IV. <u>FACTUAL ALLEGATIONS</u>

### A. DAEDALUS PATENTS

#### 1. <u>Nyriad</u>

32. The inventions described by the Asserted Patents were developed by Nyriad, a New Zealand / U.S. technology company.

33. Nyriad was founded in 2014 to develop storage controller technology capable of exabyte (1 billion gigabyte) levels of data storage. Nyriad's original aim was to assist the New Zealand and Australian governments and the International Centre of Radio Astronomy Research with data to be generated from the Square Kilometer Array radio telescope, what will be the world's largest radio telescope.

34. Nyriad rewrote storage architecture design, introducing a parallel computing framework for storage processing through the deployment of graphics processing units (GPU) as storage controllers.

35. Nyriad developed a portfolio of patents and patent applications addressing non-scalar processor applications in storage systems. Despite its novel technologies, Nyriad ultimately shuttered its operations in 2024. Daedalus acquired Nyriad's patent portfolio.

36. The Nyriad developed inventions covered by the Asserted Patents generally relate to improvements in the field of computer system data storage and/or retrieval management. All the Asserted Patents claim priority to the same set of provisional applications, U.S. Provisional Application Nos.: 62/746,981; 62/725,691; and 62/725,703. While each of the Asserted Patents relate to data storage and/or retrieval management generally, they can be divided into two subsets based on non-provisional specifications that describe two distinct categories of improvements, with three of the patents-in-suit falling into one category and the remaining patent into the other.

### 2. Daedalus "Vector Processor Storage" Patents

37. On March 1, 2022, the U.S. Patent and Trademark Office (the "PTO") duly and lawfully issued United States Patent No. 11,263,145 (the "'145 Patent"), entitled "Vector Processor Storage." A true and correct copy of the '145 Patent is attached hereto as **Exhibit 1**. The '145 Patent is valid and enforceable.

38. Daedalus is the owner and assignee of all rights, title, and interest in and to the '145 Patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

39. On October 10, 2023, the PTO duly and lawfully issued United States Patent No. 11,782,844 (the "'844 Patent"), entitled "Vector Processor Storage." A true and correct copy of the '844 Patent is attached hereto as **Exhibit 2**. The '844 Patent is valid and enforceable.

40. Daedalus is the owner and assignee of all rights, title, and interest in and to the '844 Patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

41. On February 25, 2025, the PTO duly and lawfully issued United States Patent No. 12,235,772 (the "'772 Patent"), entitled "Vector Processor Storage." A true and correct copy of the '772 Patent is attached hereto as **Exhibit 3**. The '772 Patent is valid and enforceable.

42. Daedalus is the owner and assignee of all rights, title, and interest in and to the '772 Patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

43. The '145, '844, and '772 Patents are collectively referred to herein as the "Vector Processor Storage Patents." The '844 Patent is a continuation of the '145 Patent and the '772 Patent is a continuation of the '844 Patent. Accordingly, the Vector Processor Storage Patents share a common specification (the "Vector Processor Storage Specification").[3]

44. The Vector Processor Storage Patents describe, among other things, novel systems and methods for managing computer data storage and retrieval, thereby allowing for faster and more efficient computer system operations. These inventive technological improvements solved then-existing problems in the field of computer system data storage/retrieval management. For example, as the Vector Processor Storage Patents explain, "it is common for data to be stored to and retrieved from storage devices," Vector Processor Storage Specification, 1:27-28, with storage

[3] All cites to this common specification are to the '772 Patent's version of the specification.

and retrieval management conventionally performed by a computer system's CPU (central processing unit):

> A CPU can instruct a storage controller to retrieve a piece of data from storage and write it to a specific memory address and can instruct a storage controller to write a piece of data to storage. A CPU is therefore conventionally involved in any data storage and retrieval. Thus, even if a program is being executed elsewhere in the computer system, such as on a GPU (graphics processing unit), control generally shifts back to the CPU to handle data storage and retrieval.

*Id.*, 1:28-36. The need to shift back to the CPU for data storage and retrieval functions slowed computer system performance. *See id.*, 1:36-38 ("In some cases, this delays computation being performed on a GPU, and may result in an overall slower computer system"). This was a computer system problem presented by the prevailing convention.

45. The Vector Processor Storage Patents solved this computer performance problem by introducing a different type of processor, a vector processor, into the system architecture to serve as the storage controller, offloading data storage and retrieval functions previously performed by the CPU. *See* Vector Processor Storage Specification, 2:50-53 ("[T]he vector processor may function as a storage controller without a CPU necessarily mediating interaction between the vector processor and the storage devices"); *see also id.*, 4:55-57 ("[T]he interaction between the vector processor and the peripheral can occur with no or minimal involvement of the CPU"). A vector processor differs from a traditional central processing unit. "A vector processor is a processor in which instructions are executed on an array of data. This can be contrasted to conventional CPUs which are scalar and execute an instruction on a single data item." *Id.*, 11:7-10.

46. The Vector Processor Storage Patents' inventive use of a vector processor as a storage controller that does not necessarily need CPU mediation for storage device interaction increases the overall performance of the computer system. Not only does use of the Vector Processor Storage

Patents' vector processors for storage and retrieval management mitigate the delay inherent in the conventional system's toggling back to the CPU for storage and retrieval functions, but vector processor use garners the system additional data storage and retrieval speed and efficiency gains, because, for example, a vector processor can process large quantities of data for storage or retrieval more quickly than a traditional CPU. *See* Vector Processor Storage Specification, 11:10-12 ("This can allow a vector processor to process a large quantity of data much more quickly than a conventional, scalar CPU").

47. The claims of the Vector Processor Storage Patents are directed at least to the use of vector processors for data storage and/or retrieval management. *See, e.g.*, '145 Patent Claim 1 ("directly instructing, by the vector processor, one or more storage devices to store the data"); '844 Patent Claim 1 ("instructing, by the vector processor, one or more storage devices to store the data"); '772 Patent Claim 1 ("instructing, by the vector processor, one or more storage devices to store the data"). These claims represent novel and distinct improvements to computer system architecture and functionality over the prior approaches known in the art.

48. The Vector Processor Storage Patents' claims do not stop there. These claims go beyond capturing just the nonconventional use of vector processors for data management, as the claims are at least additionally directed to using the vector processors to perform transforms on the data they are storing or retrieving with most of the claims directed to using the newly described vector processors as storage controllers for erasure encoding/decoding data transforms. *See, e.g.*, '145, Patent Claim 1 ("receiving, at a vector processor, a request to store data; performing, by the vector processor one or more transforms on the data … wherein performing one or more transforms on the data comprises: erasure encoding"); '844 Patent Claim 1 ("receiving, at a vector processor, a request to store data; performing, by the vector processor, one or more transforms on the data …

wherein performing one or more transforms on the data comprises: erasure encoding"); '772 Patent Claim 1 ("receiving, at a vector processor, a request to store data; performing, by the vector processor, one or more transforms on the data, wherein performing one or more transforms on the data comprises erasure encoding").

49. Data transforms are a critical component of computer data management practices. A transform involves converting data from one format to another. "[T]ransforms may include one or more of encrypting, encoding, compressing, deduplicating, or logging," for example. Vector Processor Storage Specification, 3:21-23. Erasure encoding, a type of transform, is employed in computer systems to increase their resiliency. With erasure encoding, if a portion of an original data file is lost, the system may be able to reconstruct the lost portion of the file using what is known as parity information. In one version of erasure encoding, if you have an original message that can be said to comprise K pieces, the file is transformed into a message of N pieces, where K is the number of original pieces and M is the number of newly computed—encoded—pieces. N = K + M. The M pieces are known as parity pieces, and they contain information that can be used in reconstructing the original pieces—they are part of a code for the original message. The code is decipherable to reconstruct any lost piece of the original message so long as sufficient N pieces are available. With this type of erasure encoding the system can recreate the original message even if up to N minus K pieces are lost.

50. So, for example, if you have a system with 2:1 parity, that means that 1 parity piece is created for every 2 pieces in the original message, such that if any 1 piece is lost, the original message can be reconstructed from the 2 remaining pieces. Put differently, with 2:1 parity, you can afford to lose 1 piece, as N minus K is 3 minus 2, which equals 1. To take another example, "15:5 parity refers to there being 5 units of parity added for every 15 units of original data. If any

5 fragments are lost, the original data can be regenerated from any 15 of the 20 remaining fragments." Vector Processor Storage Specification, 4:12-15.

51. As noted, erasure encoding is used to render computer systems tolerant to data loss. Another method is to simply duplicate the data. With duplication, a system may replicate an entire message across a number of storage devices such that if any one storage device fails (or the data stored therein is corrupted) the message can be recovered from any one of the remaining devices. With the erasure encoding method described above, the N pieces—as opposed to message replicas—can be distributed across separate storage devices. In this scenario, up to N minus K storage devices can fail (or have their data corrupted) without the stored original message being lost. Erasure encoding, which creates parity pieces, is less storage space hungry than simple duplication; erasure encoding provides for efficient, scalable, fault tolerant storage.

52. However, the use of erasure encoding to render a system resilient to storage failures creates its own problems. Erasure encoding is more computationally expensive than mere duplication, as pieces must be encoded and decoded. As the Vector Processor Storage Specification points out:

> Higher parity typically means that a greater number of data fragments can be lost before the data is unrecoverable. In addition, a higher ratio of parity data to actual data may reduce the overall quantity of data that is stored for a given resilience. However, higher parity typically tends to exponentially increase the level of computation required for encoding.

Vector Processor Storage Specification, 4:19-25.

53. The Vector Processor Storage Patents' deployment of vector processors for data storage/retrieval transforms solves for the computational challenges posed by using erasure encoding, as (1) a vector processor can process a large quantity of data more quickly than a conventional, scalar CPU, and (2) the CPU is freed-up for other work:

> By using a vector processor to perform the transforms, relatively high quality transforms can be performed more efficiently compared to using a CPU. For

> example, in the case of encoding, a high level of parity may be used. In addition, this can be done in substantially real-time, so that the transforms do not materially delay the storage process (for example, by adding less than a few milliseconds of time to storage, for example).

Vector Processor Storage Specification, 4:33-40; *see also id*. 7:10-17. The Vector Processor Storage Patents claim a change in computer processing architecture that facilitates fast and efficient fault-tolerant data storage. The introduction of vector processors as storage controllers that perform erasure encoding/decoding storage/retrieval transforms into the computer system architecture significantly improves system functionality, as these specific system modifications permit for resiliency in computer data storage without the space or performance sacrifices that resiliency operations conventionally incur.

54. For example, Claim 1 of the ’145 Patent claims:

> A method comprising: …. performing, by the vector processor, one or more transforms … directly instructing, by the vector processor, one or more storage devices to store data; wherein performing one or more transforms on the data comprises: erasure encoding … and identifying one or more plugins configured to be used for the one or more transforms ….

The same is true of Claim 1 of the ’844 Patent, as it for example claims:

> A method comprising … performing, by the vector processor, one or more transforms … instructing, by the vector processor, one or more storage devices to store the data; wherein performing one or more transforms on the data comprises: erasure encoding … wherein instructing one or more storage devices to store the data comprise: instructing the one or more storage devices to store the plurality of data fragments.

And the same is true of Claim 1 of the ’772 Patent, as it for example claims:

> A method comprising …. performing, by the vector processor, one or more transforms on the data, wherein performing one or more transforms on the data comprises erasure encoding … instructing, by the vector processor, one or more storage devices to store the data, wherein instructing one or more storage devices to store the data comprises instructing the one or more storage devices to store the data without the mediation of a central processing unit (CPU); and receiving by the vector processor, an acknowledgement from the one or more storage devices ….

The Vector Processor Storage Patents' claims are specific as to what to use and how to use it to improve the working of a computer system processing architecture. These claims are not abstract, are not preemptive of an entire field, and have no old world, pre-computer analogue.

55. Even if the Vector Processor Storage Patents' claims could be said to be directed towards an abstract idea, and they are not, they recite significant inventive concepts that render them patent eligible at least in the form of their vector processors as storage controllers that perform transforms. As explained above, the introduction of these vector processors for (1) instructing data storage devices, and (2) data storage/retrieval transforms improves the computer system architecture.

56. The deployment of these vector processors as a storage/retrieval management tool in computer systems—both individually and in combination with other claim elements—amounts to far more than well-understood, routine, conventional activities that were previously deployed in the industry. For example, '145 Patent Claim 1 deploys "vector processor[s]" to "directly instruct[]" storage devices and to "perform[]" "erasure encoding" with "plugins configured to be used for" the transforms. '844 Patent Claim 1 deploys "vector processor[s]" to "instruct[]" storage devices and to "perform[]" "erasure encoding." And '772 Patent Claim 1 deploys "vector processor[s]" to "instruct[]" storage devices "without the mediation of a" CPU and to "perform[]" "erasure encoding." In contrast, as explained above, the old mode dictated that the CPU must mediate data storage/retrieval and perform transforms. The Vector Processor Storage Patents' claims upend these conventions, including through their reliance on vector processors.

57. The non-conventionality of the Vector Storage Processor Patents' solutions are confirmed by the wide scale adoption of their claimed inventive concepts over the prior modes. For example, chip-maker NVIDIA produces processors known as data processing units (DPUs), as do major NVIDIA competitors. DPUs are in turn deployed by major technology companies as vector

processors for data storage/retrieval management. As a 2023 article commenting on NVIDIA's announcement that Oracle would deploy NVIDIA DPUs explained, NVIDIA laid out its DPUs for data center strategy back in 2020, recognizing the novelty and importance of the then fledgling technology:

> In his GTC 23 keynote, Nvidia CEO Jensen Huang said, "In a modern, software-defined datacenter, the operating system doing virtualization, networking, **storage** and security can consume nearly half of the datacenter's CPU cores and associated power. Datacenters must accelerate every workload to reclaim power and free CPUs for revenue generating workload. Nvidia BlueField offloads and accelerates the datacenter operating system and infrastructure software."
>
> **Back in 2020** Nvidia laid out its strategy for DPUs, arguing that CPUs were being bogged down by house-keeping chores such as those cited by Huang. **DPUs, argued Nvidia, would absorb these tasks, thus freeing CPUs for use on applications**. Other chip suppliers – notably Intel and AMD – seem to agree and have jumped into the DPU market.
>
> Sometimes described as smartNICs on steroids, the market has drawn interest but not yet translated into broad sales. The change may now be happening. Huang cited "over two dozen ecosystem partners" including such names as Cisco, DDN, Dell EMC, and Juniper, that use BlueField technology now.

Nvidia Announces BlueField-3 GA, Oracle Cloud is Early User, J. Russell, HPC Wire, Mar. 21, 2023, available at https://www.hpcwire.com/2023/03/21/nvidia-announces-bluefield-3-ga-oracle-cloud-is-early-user/.

58. The claimed inventions are not some mere application of well-understood, routine, conventional activities previously known in the industry. The Vector Processor Storage Patents are directed to a significant technological improvement to computer systems and networks. The claims of the Vector Processor Storage Patents are patent eligible under 35 U.S.C. § 101.

### 3. Daedalus "Block Device Interface Using Non-Volatile Pinned Memory" Patent

59. On September 10, 2024, the PTO duly and lawfully issued United States Patent No. 12,086,070 (the "'070 Patent"), entitled "Block Device Interface Using Non-Volatile Pinned

Memory." A true and correct copy of the '070 Patent is attached hereto as **Exhibit 4**. The '070 Patent is valid and enforceable.

60. Daedalus is the owner and assignee of all rights, title, and interest in and to the '070 Patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

61. The '070 Patent describes, among other things, novel systems and methods for managing computer data storage and retrieval, thereby allowing for smoother and faster computer system operations. These inventive technological improvements solved then-existing problems in the field of computer system data storage/retrieval management. For example, in writing data, it is desirable for computer systems to employ a mix of short-term and long-term storage means, as the '070 Patent points out:

> A typical characteristic of the main memory 1020 and any storage devices is that main memory tends to be much faster for a random write. Thus writing a unit of data to main memory can typically be resolved much more quickly than writing a unit of data to a storage device. However storage devices tend to be cheaper and larger, and are thus better for general long-term storage purposes.

'070 Patent, 9:3-9. However, conventions for writing data to storage devices for long-term storage can create a system bottle neck that slows down operations visible to users. *See* '070 Patent, 6:5-11 (explaining that the '070 Patent's approach can be used to mask the delays associated with "typical storage devices").

62. To solve this computer centric problem, the '070 Patent describes, for example, a specific method for hiding delays associated with writing to storage devices whereby data is written to a "pinned memory" and kept there until a determination is made to move it to storage devices and,

in the interim, i.e., prior to actually moving the data to the storage devices, informing the write requestor that the data has been written to the storage devices.[4] As the ’070 Patent explains:

> Because step 106 is performed subsequently and asynchronously to step 103, the delays associated with typical storage devices are not apparent to a user in ordinary use. That is, the driver provides the appearance of data being stored at the much higher cache speed, rather than the lower storage device speed.

’070 Patent, 6:5-11; *see also id*., 2:50-56 (“The memory typically provides a much faster write speed than the underlying storage devices. Thus, by deferring writing to the storage devices, the slower speed of the storage devices does not delay the write speed. Moreover, repeated writes of the data already in the memory can be fast, since there is no need to retrieve the data from the storage devices”).

63. The solution described by the ’070 Patent is especially advantageous given the importance of transforms to data storage management. As explained above, transforms can be computationally expensive. By applying the ’070 Patent’s approach to computer systems, delays associated with performing transforms can be hidden from users:

> Because these transforms occur after the data is confirmed as having been written at step 104, this does not cause a delay in the write process from the point of view of a user. This may allow relatively robust computationally intensive transforms to be performed without leading to a reduction in perceived write speed.

’070 Patent, 4:34-39.

64. The ’070 Patent further addresses the delay problems by introducing vector processors into its solution. As the ’070 Patent explains:

> By using a vector processor to perform the transforms, relatively high-quality transforms can be performed more efficiently compared to using a CPU. For example, in the case of encoding, a high level of parity may be used. In addition, this can be done in substantially real-time, so that the transforms do not materially

[4] “Pinned memory is a portion of memory which is accessible by multiple types of processor via direct memory access.” *See* ’070 Patent, 2:20-22.

> delay the storage process (for example, by adding less than a few milliseconds of time to storage, for example).

’070 Patent, 5:26-33; *see also id.*, 9:28-33 (“A vector processor is a processor in which instructions are executed on an array of data. This can be contrasted to conventional CPUs which are scalar and execute an instruction on a single data item. This can allow a vector processor to process a large quantity of data much more quickly than a conventional, scalar CPU”).

65. The ’070 Patent describes novel and distinct improvements to computer system architecture and functionality over the prior approaches known in the art and its claims are directed to these improvements. The claims of the ’070 Patent are directed at least to: (1) receiving at a block device interface an instruction to write data; (2) copying the data to pinned memory; (3) indicating to a sender that the data was written to storage device(s) prior to performing transform(s) on the data and prior to moving the data to the storage device(s); (4) using a vector processor to perform invertible transform(s) on the data prior to moving the data to the storage device(s); and (5) actually writing the data to the storage device(s) only after a determination has been made to move the data by a block device driver. *See* ’070 Patent Claim 1 (“receiving, at a block device interface, an instruction to write data … copying the data to pinned memory; indicating to a sender of the instruction that the data … has been written to one or more storage devices before performing one or more invertible transforms on the data; performing, by a vector processor, the one or more invertible transforms on the data … initiating a transfer of the transformed data … to the one or more storage devices in response to a block device driver determining ….”).

66. These claims with their precise description of the architecture that achieves the patent’s system performance improvements—inclusive of their injection into the transformation process of vector processors and procedure for obfuscating storage delays from users—are not directed to the invocation of computers as a mere tool to facilitate something abstract. Similarly, these claims do

not merely capture a desirable result or function. The ’070 Patent is directed to specific improvements in computer system architecture and network functionality, and its claims are not abstract, are not preemptive of an entire field, and have no old world, pre-computer analogue.

67. Even if the claims of the ’070 Patent could be said to be directed towards an abstract idea, and they are not, they recite significant inventive concepts that render them patent eligible at least in the form of: (1) copying data to pinned memory, purporting that the data was written to storage devices, and not actually moving the data to storage devices until it has been transformed and a determination has been made to move it; and (2) vector processors for performing invertible transforms on the data to be written to the storage devices. As explained above, the introduction of at least these inventive concepts improves the system. The deployment of these inventive concepts—both individually and in combination with each other and/or other claim elements, including a block device interface—amounts to far more than well-understood, routine, conventional activities that were previously deployed in the industry.

68. The ’070 Patent claims, which detail an exacting technical architecture, are directed to a significant technological improvement to computer systems and networks. The claims of the ’070 Patent are patent eligible under 35 U.S.C. § 101.

## B. ORACLE’S USE OF THE PATENTED TECHNOLOGY

### 1. Oracle and Its Cloud Services Business

69. Oracle Corporation is a multinational computer technology company founded in 1977. On January 28, 2010, Oracle Corporation acquired Sun Microsystems, Inc., which is now Oracle America.

70. Oracle provides enterprise technology products and services. It is one of the world’s largest companies, reporting $57 billion in revenue for 2025. A critical component of Oracle’s business

is its Oracle Cloud Services, which comprises Oracle Cloud Applications (OCA) and Oracle Cloud Infrastructure (OCI). *See* Oracle Corporation Form 10K, Fiscal Year May 31, 2025 at 3, available at https://www.sec.gov/Archives/edgar/data/1341439/000095017025087926/orcl-20250531.htm) ("2025 10K"). Oracle Cloud Services is a substantial Oracle revenue driver, and Oracle expects its Cloud Services business to be a significant growth driver in the coming years. As Oracle explained in its 2025 10K:

> We believe that **our Oracle Cloud Services offerings represent opportunities for us to continue to expand our cloud and license business** …. We believe that we can market and sell our Oracle Cloud Services offerings together to help new and existing customers migrate their extensive installed base of on-premise and cloud-based applications and infrastructure technologies to the Oracle Cloud and we believe we are in the early stages of what we expect will be a material migration of our existing Oracle customer base from on-premise applications and infrastructure products and services to the Oracle Cloud. During the past three fiscal years, customers with annual license support contracts that migrated to the Oracle Cloud contributed to the increase in annualized cloud services revenue by $4.3 billion. In addition, we also believe we can market our Oracle Cloud Services offerings to a broader ecosystem of small and medium-sized businesses, non-IT lines of business purchasers, developers and partners due to the highly available, intuitive design, ease-of-access, low touch and low cost characteristics of the Oracle Cloud.
>
> In recent periods, customer demand for our applications and infrastructure technologies delivered through our Oracle Cloud deployment models has increased …. **The proportion of our cloud services revenues relative to our total revenues has increased and our cloud services revenues represented 43%, 37% and 32% of our total revenues during fiscal 2025, 2024 and 2023, respectively. We expect these trends to continue**.

2025 10K at 4-5.

71. On information and belief, Oracle Corporation and Oracle America make, use, sell, and/or offer to sell in the United States, and/or import into the United States, and in this District, various methods, products, services, systems, and/or applications relating to cloud infrastructure and data storage management that infringe the Asserted Patents, including products/services related to the

Oracle Cloud Services business. For example, as further set forth below, Oracle Cloud Services' OCI offering infringes the Asserted Patents.

### 2. <u>Oracle Cloud Infrastructure (OCI)</u>

72. Oracle Cloud Infrastructure (OCI) is Oracle's distributed, cloud platform product. According to Oracle, it is a "next-generation cloud designed to run any application, faster and more securely, for less." *See* https://www.oracle.com/cloud/. It offers a "common set" of cloud service features across various regions, including foundational functionalities, such as "compute, storage, and networking," *see id*., that can be used by an Oracle OCI customer for the likes of off-premises enterprise databases, running artificial intelligence workloads, executing product simulations, and running cloud-native applications. *See* What is Oracle Cloud Infrastructure, Oracle YouTube Channel, available at https://www.youtube.com/watch?v=I2oQuBRNiHs.

73. Oracle offers OCI to its customers as a service through paid subscriptions and/or licenses. *See* 2025 10K at 7 ("OCI offerings are designed to deliver our infrastructure technologies, including compute, storage and networking services, as a service"); *id*. at 6 ("Our cloud and license business[] infrastructure technologies include the Oracle Database and MySQL Database, the world's most popular database management systems; Java, the computer industry's most widely-used language by professional software developers; and middleware, including development tools, among others. These infrastructure technologies are available through a subscription to our OCI offerings or through the purchase of a license and related license support, at the customer's option, to run within the Oracle Cloud as a part of a customer's cloud-based, on-premise or other IT environments").

74. Oracle makes, uses, sells, and/or offers to sell in the United States, and/or imports into the United States, Oracle Cloud Infrastructure.

75. NVIDIA is a well-known computer processor designer. Oracle deploys NVIDIA data unit processors (DPUs) in OCI. OCI uses these DPUs as vector processors to offload storage functions from OCI CPUs. *See, e.g.*, Oracle Cloud Infrastructure Chooses NVIDIA BlueField Data Center Acceleration Platform, NVIDIA Newsroom, Mar. 21, 2023, available at https://nvidianews.nvidia.com/news/oracle-cloud-infrastructure-chooses-nvidia-bluefield-data-center-acceleration-platform ("Oracle Cloud Infrastructure (OCI) has selected the NVIDIA BlueField®-3 DPU as the latest addition to its networking stack, offering OCI customers a powerful new option for offloading data center tasks from CPUs").

76. Oracle uses OCI to perform storage transforms, including erasure encoding.

77. For example, OCI comprises a component known as Oracle OCI Object Storage. According to Oracle, "Oracle Cloud Infrastructure (OCI) Object Storage provides scalable, durable, low-cost storage for any type of data." https://www.oracle.com/cloud/storage/object-storage/. OCI's Oracle Object Storage component performs erasure encoding. *See, e.g.,* First Principles, Using Redundancy and Recovery to Achieve High Durability in OCI Object Storage, P. Vincent & L. Burchall, Oracle Blog, Mar. 14, 2023, available at https://blogs.oracle.com/cloud-infrastructure/post/first-principles-redundancy-recovery-durability ("This blog reveals how Oracle Cloud Infrastructure (OCI) designed the highly durable Object Storage service to prevent data loss …. Object Storage is designed to handle 3–5 concurrent disk failures for the same object by storing redundant copies of object data. Storing copies of exabytes of data becomes expensive and so Object Storage stores data using an efficient storage technique called erasure coding").[5]

[5] *See also* First Principles, Using Redundancy and Recovery to Achieve High Durability in OCI Object Storage, Oracle YouTube Channel, available at https://youtu.be/TbxpIBfr9Zw ("For our storage services, which are really the bedrock services of OCI …. So durability is absolutely important for our OCI storage services. So today we're going to talk [] about some of the

78. To take another example, OCI also comprises a component known as Oracle OCI File Storage. According to Oracle, "Oracle Cloud Infrastructure (OCI) File Storage is a fully managed, elastic, enterprise-grade storage service that enables servers and applications to access data through shared file systems." https://www.oracle.com/cloud/storage/file-storage/. OCI's Oracle File Storage component performs erasure encoding. *See, e.g.,* Overview of File Storage, Oracle Cloud Infrastructure Documentation, available at https://docs.oracle.com/en-us/iaas/Content/File/Concepts/filestorageoverview.htm ("Oracle Cloud Infrastructure File Storage employs 5-way replicated storage, located in different fault domains, to provide redundancy for resilient data protection. Data is protected with erasure encoding").[6]

79. It is Oracle that performs the storage transforms. *See, e.g.,* Object Storage FAQ, available at https://www.oracle.com/cloud/storage/object-storage/faq/ ("Oracle Object Storage is designed to be highly durable …. OCI Object Storage uses a variety of storage schemes, including erasure coding. The storage scheme used for an object cannot be influenced by the customer ….").[7]

---

architectural aspects about how we actually achieve our durability in some of our key OCI services;" "So essentially erasure coding, you know, gives you the benefits of N-way mirroring … But at the same time, in a much more cost efficient fashion ….;" "And then for larger objects we use erasure coding ….").

[6] *See also* G. Karmakar, Storage Solutions for AI Applications in Oracle Cloud Infrastructure, Oracle Cloud Infrastructure Blog, Apr. 7, 2025, available at https://blogs.oracle.com/cloud-infrastructure/storage-solutions-ai-applications-oci ("Oracle Cloud Infrastructure File Storage employs 5-way replicated storage, located in different fault domains to provide for data redundancy and resiliency, with erasure encoding and network Lock Manager feature (NLM) for file locking functionality").

[7] *See also id.* ("No, you do not need to backup data stored in Oracle Cloud Infrastructure Object Storage. Oracle Object Storage is an inherently highly durable storage platform. All objects are stored redundantly on multiple storage servers, across multiple Availability Domains, within a region. Data integrity is constantly monitored using checksums and corrupt data is self healed. The native object storage durability characteristics virtually eliminate the need for traditional backups;" "Is Replication performed in near real-time? Yes. Object Storage constantly monitors Replication source buckets for changes. When changes are found, replication to the destination

80. Oracle performs these storage transforms using its NVIDIA DPUs, DPUs designed to perform erasure encoding. *See e.g.*, NVIDIA DOCA Erasure Coding Programming Guide, Oct. 2023, available at https://docs.nvidia.com/doca/archive/doca-v2.2.0/erasure-coding-programming-guide/index.html ("The DOCA Erasure Coding … using hardware acceleration, supporting … NVIDIA® BlueField®-3 (and higher) DPU memory regions. DOCA Erasure Coding recovers lost data fragments by creating generic redundancy fragment (backup). Each redundancy block that the library creates can help recover any block in the original data should a total loss of fragment occur. This increases data redundancy and reduces data overhead").

81. Oracle is not licensed or otherwise authorized to practice the Asserted Patents. On information and belief, Oracle Cloud Infrastructure infringes claims of the '145, '844, '772, and '070 Patents, including through OCI implementations that use NVIDIA DPUs for storage transforms, as further set forth in the Counts below. *See* § V.

82. Oracle and NVIDIA's OCI related collaboration runs deep. For example, Oracle deploys NVIDIA Blackwell GPUs in OCI. *See, e.g.,* Oracle Offers First Zettascale Cloud Computing Cluster, Oracle Press Release, Sep. 11, 2024, available at https://www.oracle.com/news/announcement/ocw24-oracle-offers-first-zettascale-cloud-computing-cluster-2024-09-11/ ("Oracle Cloud Infrastructure (OCI) is now taking orders for the largest AI supercomputer in the cloud—available with up to 131,072 NVIDIA Blackwell GPUs"). And Oracle announced that OCI will use the NVIDIA Vera Rubin platform, which includes NVIDIA BlueField-4 DPUs:

---

bucket begins immediately. Does Replication use encryption? Yes. Object Storage always encrypts objects when they are stored …").

> Oracle is introducing a next-generation OCI Supercluster powered by the NVIDIA Vera Rubin platform, including … **NVIDIA BlueField-4 DPUs** …, purpose-built to accelerate next-generation training and high-throughput inference workloads.
>
> The system integrates thousands of Rubin GPUs to deliver breakthrough AI compute performance at scale, while **NVIDIA BlueField-4 DPUs** … offload networking, security, and data movement from host CPUs to help increase throughput, improve workload isolation, and maximize usable GPU capacity across large-scale clusters.

Oracle Expands AI Collaboration with NVIDIA to Deliver Scalable Supercomputing, Accelerated Vector Workloads, and AI Applications, K. Myers & C. Smith, Oracle Cloud Infrastructure Blog, Mar. 17, 2026, available at https://blogs.oracle.com/cloud-infrastructure/oracle-nvidia-gtc-2026-key-announcements.

83. Both companies actively promote their close ties. *See, e.g.*, https://www.oracle.com/cloud/nvidia/ ("The Oracle and NVIDIA partnership accelerates AI innovation, helping you develop, customize, and deploy advanced AI, including agentic AI, anywhere with cutting-edge AI infrastructure. Maximize performance, scale, and cost efficiency with the broadest set of deployment options—only with Oracle Cloud Infrastructure (OCI) and NVIDIA;" "Deploy NVIDIA NIM on OCI Kubernetes Engine for scalable, efficient inference using OCI Object Storage and NVIDIA GPUs for optimal performance"); NVIDIA at Oracle CloudWorld 2024: Shaping the Future of AI and Data Processing, NVIDIA Company Blog, Sep. 3, 2024, https://blogs.nvidia.com/blog/oracle-cloudworld-2024/ ("NVIDIA and Oracle have partnered to bring AI and accelerated data processing to every enterprise and developer").

84. This significant collaboration highlights the importance of the NVIDIA DPUs, and in particular, their storage management function, to OCI's success. By utilizing its NVIDIA DPUs in OCI for storage management, Oracle infringes the Asserted Patents.

### 3. <u>Oracle Benefits Tremendously from Using Vector Processors for Data Storage/Retrieval Management.</u>

85. Oracle's gains from infringing the Asserted Patents are substantial and multifaceted, as illustrated below.

86. In recent years, the performance benefits of deploying DPUs in cloud infrastructure systems with respect to storage operations has been well documented.

87. For instance, NVIDIA extolls the storage performance enhancements to be had by the deployment of its DPUs for scientific and artificial intelligence computing.

88. As NVIDIA explains, the use of DPUs to offload functions from CPUs has brought "unprecedented innovation and efficiency to supercomputing:"

> The CPU in today's mainstream servers is overly general-purpose, sharing its compute cycles, time, and resources across hundreds or thousands of processes that have little to nothing to do with actual computing. BlueField is bringing unprecedented innovation and efficiency to supercomputing by offloading, accelerating, and isolating a broad range of advanced … storage… services.

Ushering in a New Era of HPC and Supercomputing Performance with DPUs, NVIDIA Technical Blog, Sep. 20, 2022, available at https://developer.nvidia.com/blog/ushering-in-a-new-era-of-hpc-and-supercomputing-performance-with-dpus/.

89. The delivered "innovation" includes increased system performance:

> The next-generation open storage architecture offers a new paradigm for accelerating, isolating, and securing high-performance systems …. Acceleration of the file system means **increasing the performance of critical functions within the storage system, with storage system performance being a key enabler** of deep-learning-based scientific inquiry.

*Id*.

90. The same is true for AI. As NVIDIA explains, the AI boom has resulted in storage challenges:

> The growth of AI is driving exponential growth in computing power and a doubling of networking speeds every few years. Less well-known is that it's also putting new demands on storage.

*See* Supermicro Launches NVIDIA BlueField-Powered JBOF to Optimize AI Storage, NVIDIA Technical Blog, Oct. 15, 2024, available at https://developer.nvidia.com/blog/supermicro-launches-nvidia-bluefield-powered-jbof-to-optimize-ai-storage/.

91. NVIDIA DPUs address these storage challenges by boosting system performance:

> BlueField is the NVIDIA market-leading DPU and it is optimized to offload and accelerate … storage … features …. This enables low-latency storage access and makes the system more efficient in terms of … performance ….

*Id.*[8]

92. As NVIDIA highlights, the performance gains to be had by use of its DPUs include the acceleration of parity functions and the enhancement of object and file storage systems. *See, e.g.,* Ushering in a New Era of HPC and Supercomputing Performance with DPUs, NVIDIA Technical Blog, Sep. 20, 2022, available at https://developer.nvidia.com/blog/ushering-in-a-new-era-of-hpc-and-supercomputing-performance-with-dpus/ ("BlueField enables storage software stacks to be offloaded from compute nodes while also existing as a fabric-attached NVMe controller capable of accelerating **critical storage functions, such as … parity generation**"); Supermicro Launches NVIDIA BlueField-Powered JBOF to Optimize AI Storage, NVIDIA Technical Blog, Oct. 15, 2024, https://developer.nvidia.com/blog/supermicro-launches-nvidia-bluefield-powered-jbof-to-

---

[8] *See also, e.g.,* Spotlight: NVIDIA BlueField DPUs Power the VAST DATA Platforms for AI Workload Optimization, NVIDIA Technical Blog, Aug. 6, 2024, available at https://developer.nvidia.com/blog/spotlight-nvidia-bluefield-dpus-power-the-vast-data-platform-for-ai-workload-optimization/ ("The integration of NVIDIA BlueField DPUs into the VAST Data Platform represents a major leap in storage processing technology. By offloading essential storage operations to the DPU … enhancing storage networking bandwidth, boosting performance, and ensuring scalability. These enhancements are vital for handling the large data volumes typical in AI applications, facilitating faster data access and processing speeds;" "The integration of NVIDIA BlueField DPUs into the VAST Data Platform has yielded impressive results: ·Enhanced performance: BlueField-3 offloads compute-intensive tasks from the primary CPU to increase performance, which is essential for AI applications").

optimize-ai-storage/ ("Often, object storage is the best architecture for large amounts of data. New storage solutions are needed that offer better performance and efficiency, relative to both price and energy consumption. Enter the DPU for storage;" "The dense design is ideal for both scale-up and scale-out **file and object storage**, while the high networking throughput … supports the needs of AI training and HPC workloads;" "This JBOF [(just a bunch of flash)] is ideal for cloud deployments and object storage").

93. The benefits of deploying DPUs in data center systems with respect to storage operations is not limited to boosting performance in an increasingly demanding market. These deployments help address an existential problem facing data center operators, the increasing energy demands of their systems, a financial, environmental, and public perception cost.

94. As is well documented in recent press, the electrical demands of data centers—driven by cloud computing needs and the AI boom—have skyrocketed. According to a United Nations report, data centers, globally, used 448 trillion watt-hours of electricity in 2025, "more than all but 10 countries of the world." *See* Energy, Water Use and Pollution of AI and Data Centers Rival Most Countries, S. Borenstein, Science, PBS, Jun. 4, 2026, available at https://www.pbs.org/newshour/science/energy-water-use-and-pollution-of-ai-and-data-centers-rival-most-countries. It is projected that by 2030 "data centers will account for nearly 3% of the world's projected electricity use," putting them in 6th place for electricity consumption (if treated as a country). *Id.*

95. Per the U.S. Department of Energy, "data centers consumed about 4.4% of total U.S. electricity in 2023 and are expected to consume approximately 6.7% to 12% of total U.S. electricity by 2028." *See* DOE Releases New Report Evaluating Increase in Electricity Demand from Data Centers, Energy.gov, U.S. Dep. of Energy, Dec. 20, 2024, available at

https://www.energy.gov/articles/doe-releases-new-report-evaluating-increase-electricity-demand-data-centers. In the U.S., "data center electricity usage climbed from 58 TWh in 2014 to 176 TWh in 2023" and is estimated to increase to between 325 and 580 TWh by 2028. *Id.*[9]

96. This hunger for power comes at a substantial financial cost for data center operators. It also costs operators in the realm of public perception, with data center energy needs driving up electricity prices for the public and posing environmental challenges. *See* A.I. Is on the Rise, and So Is the Environmental Impact of the Data Centers That Drive It, A.X. Chen, Smithsonian Magazine, Sep. 29, 2025, available at https://www.smithsonianmag.com/science-nature/with-ai-on-the-rise-what-will-be-the-environmental-impacts-of-data-centers-180987379/ ("In a 2025 report, the Dominion Energy found that [] residential electric bills are projected to more than double by 2039, primarily due to data center growth. Already, the technology industry has seen a growth in emissions, mostly fueled by data centers"). According to a United Nations report, 2025 data center electrical consumption produced 208 million tons of carbon dioxide (about the emission output of Argentina) and consumed 1.2 trillion gallons of water. *See* Energy, Water Use and Pollution of AI and Data Centers Rival Mot Countries, S. Borenstein, Science, PBS, Jun. 4, 2026, available at https://www.pbs.org/newshour/science/energy-water-use-and-pollution-of-ai-and-data-centers-rival-most-countries.

97. Data center operators are highly cognizant of the need to be more energy efficient, as a matter of their bottom line, the environment, and public opinion. *See id.* ("Josh Levi, president the Data Center Coalition, said the industry takes its environmental impact seriously. 'We remain

---

[9] *See also* https://www.novaregion.org/1598/Data-Centers ("Sustaining reductions of greenhouse gases and supplying efficient and reliable energy to Northern Virginia's data centers is a complex economic and environmental process …. Power demand in Virginia is expected to grow by about 85% over the next 15 years. By 2035 the industry in Virginia will require 11,000 megawatts – or nearly quadruple what it needed in 2022").

committed to working with policymakers, local communities, and industry partners to ensure that as data centers grow, they do so responsibly, transparently, and in ways that reflect the best available practices,' he said in a statement").

98. The deployment of DPUs in data center systems with respect to storage operations renders the systems more efficient thereby decreasing power demands, lowering costs, and mitigating environmental and social impacts. *See* Oracle Cloud Infrastructure Chooses NVIDIA Bluefield Data Center Acceleration Platform, NVIDIA Press Release, Mar. 21, 2023, available at https://investor.nvidia.com/news/press-release-details/2023/Oracle-Cloud-Infrastructure-Chooses-NVIDIA-BlueField-Data-Center-Acceleration-Platform/default.aspx ("BlueField-3 is the foundation of the data center control plane that delivers cloud and AI services. Tests show **power reductions of up to 24% on servers using NVIDIA BlueField DPUs** compared to servers without DPUs").

99. For instance, NVIDIA exalts the efficiency improvements to be had by the deployment of its DPUs in large computer systems, including the efficiency gains achieved through storage management specific deployments.

100. NVIDIA, for example, explains that its BlueField-3 DPUs:

> [R]un workloads up to 8x faster while reducing the TCO [(total cost of ownership)] and delivering data center energy efficiency. For example, Bluefield-3 offloads HPC/AI MPI collective operations from the CPU, delivering nearly a 20% increase in speed, which translates to $18 million dollars in cost savings for large-scale supercomputers.

Power the Next Wave of Applications with NVIDIA BlueField-3 DPUs, NVIDIA Technical Blog, May 11, 2023, available at https://developer.nvidia.com/blog/power-the-next-wave-of-applications-with-nvidia-bluefield-3-dpus/; *see also id.* ("Modern workloads such as generative AI, data science, and metaverse applications are booming, at a time when cloud dominates

enterprise IT. To address the skyrocketing demand for AI, cloud builders are turning to NVIDIA accelerated computing—primarily GPUs and DPUs. NVIDIA BlueField-3 DPUs, powered by NVIDIA DOCA software, transform traditional computing environments into efficient, high-performance, secure, and sustainable data centers, enabling the delivery of the next wave of applications”).

101. In an AI storage specific context NVIDIA boasts that:

> The use of a single DPU card to replace the CPU, memory, networking card, and BMC results in a significant power savings of up to 50% for the non-SSD subsystem or 10-15% power savings for the entire JBOF (including the SSDs [(solid-state drives])). In a large, scale-out storage deployment, this can mean kilowatts of power savings across the data center.

Supermicro Launches NVIDIA BlueField-Powered JBOF to Optimize AI Storage, NVIDIA Technical Blog, Oct. 15, 2024, available at https://developer.nvidia.com/blog/supermicro-launches-nvidia-bluefield-powered-jbof-to-optimize-ai-storage/; *see also id.* (“BlueField is the NVIDIA market-leading DPU and it is optimized to offload and accelerate … storage … features …. This enables low-latency storage access and makes the system more efficient in terms of price … and power efficiency”).

102. In another storage related deployment NVIDIA explains that:

> The integration of NVIDIA BlueField DPUs into the VAST Data Platform has yielded impressive results: …. ·Improved efficiency: By reducing power consumption by 77% and rack space requirements by 73%, the platform offers a more sustainable solution for data centers.

Spotlight: NVIDIA BlueField DPUs Power the VAST DATA Platforms for AI Workload Optimization, NVIDIA Technical Blog, Aug. 6, 2024, available at https://developer.nvidia.com/blog/spotlight-nvidia-bluefield-dpus-power-the-vast-data-platform-for-ai-workload-optimization/; *see also id.* (“By offloading essential storage operations to the DPU, the results are reduced power consumption and space ….;” “This integration offloads

essential storage operations from the CPU to the DPU, enhancing storage networking bandwidth and reducing power consumption …. The result is a leaner, more efficient infrastructure with fewer physical servers needed to achieve the same performance levels”).

103. Oracle implements NVIDIA DPUs in a manner covered by the Asserted Patents to garner the sort of performance and efficiency gains that have been well documented by NVIDIA with respect to use of NVIDIA produced DPUs for storage related operations.

104. Oracle deploys NVIDIA DPUs as vector processors for storage transforms, including erasure encoding, to increase the performance of OCI's storage operations to yield a competitive, market leading product. In addition to the increase in sales and revenue associated with the use of vector processors for these purposes, Oracle's deployment of NVIDIA DPUs in this way drives down the cost of OCI's operations, resulting in significant savings for Oracle.

105. As Oracle's then executive vice president of OCI (now Oracle co-C.E.O.) explained:

> "Oracle Cloud Infrastructure offers enterprise customers nearly unparalleled accessibility to AI and scientific computing infrastructure with the power to transform industries …. NVIDIA BlueField-3 **DPUs are a key component of [Oracle's] strategy to provide state-of-the-art, sustainable cloud infrastructure with extreme performance**."

Oracle Cloud Infrastructure Chooses NVIDIA Bluefield Data Center Acceleration Platform, NVIDIA Press Release, Mar. 21, 2023, available at https://investor.nvidia.com/news/press-release-details/2023/Oracle-Cloud-Infrastructure-Chooses-NVIDIA-BlueField-Data-Center-Acceleration-Platform/default.aspx; *see also* Power the Next Wave of Applications with NVIDIA BlueField-3 DPUs, NVIDIA Technical Blog, May 11, 2023, https://developer.nvidia.com/blog/power-the-next-wave-of-applications-with-nvidia-bluefield-3-dpus/ ("Target markets and flagship platforms[:] Cloud Computing[:] The rapid growth that the

cloud industry is experiencing requires cloud providers to continually innovate and tailor their service offerings to meet customer demand …. Oracle Cloud Infrastructure (OCI) has added BlueField-3 to its networking stack, aimed at providing state-of-the-art, sustainable cloud infrastructure with extreme performance”).

106. Oracle OCI implementations that use NVIDIA DPUs for storage transforms infringe claims of the ’145, ’844, ’772, and ’070 Patents. With the gains to be had, Oracle cannot help but infringe. Oracle benefits substantially from its infringing activities, and realizes substantial economic benefits from its infringement, including substantial measurable reduced energy costs.

**COUNT I**
**(Infringement of U.S. Patent No. 11,263,145)**

107. Daedalus incorporates by reference the allegations set forth in Paragraphs 1-106 of this Complaint as though fully set forth herein.

108. On information and belief, Oracle Corporation and Oracle America have directly infringed, literally or under the doctrine of equivalents, and continue to directly infringe, one or more claims of the ’145 Patent, including at least Claims 1 and 16 of the ’145 Patent, in the Commonwealth of Virginia, in this District, and elsewhere in the United States by, among other things, making, using, selling, offering for sale, and/or importing into the United States products/services that embody one or more of the inventions claimed in the ’145 Patent, including, but not limited to, the above identified Oracle Cloud Infrastructure (OCI) product/service and all

reasonably similar products/services (the "'145 Accused Products") in violation of 35 U.S.C. § 271.[10]

109. For example, OCI implements erasure encoding on data it stores to storage devices such as hard disk drives and solid state drives. For instance, as explained on Oracle's blog by an OCI chief technical architect and an OCI architect, OCI's Oracle Object Storage component uses erasure encoding. *See* First Principles, Using Redundancy and Recovery to Achieve High Durability in OCI Object Storage, P. Vincent & L. Burchall, Oracle Blog, Mar. 14, 2023, available at https://blogs.oracle.com/cloud-infrastructure/post/first-principles-redundancy-recovery-durability ("This blog reveals how Oracle Cloud Infrastructure (OCI) designed the highly durable Object Storage service to prevent data loss .... Object Storage is designed to handle 3–5 concurrent **disk** failures for the same object by storing redundant copies of object data. Storing copies of exabytes of data becomes expensive and so Object Storage **stores data using** an efficient storage technique called **erasure coding**"). The same is true of OCI's Oracle File Storage component. *See, e.g.,* Overview of File Storage, Oracle Cloud Infrastructure Documentation, available at https://docs.oracle.com/en-us/iaas/Content/File/Concepts/filestorageoverview.htm ("Oracle Cloud Infrastructure File Storage employs 5-way replicated **storage**, located in different fault domains, to provide redundancy for resilient data protection. Data is protected with **erasure encoding**").

110. And Oracle deploys NVIDIA BlueField data processing units enabled with NVIDIA DOCA software ("NVIDIA DPUs") in OCI. *See, e.g.*, Oracle Cloud Infrastructure Chooses NVIDIA BlueField Data Center Acceleration Platform, NVIDIA Newsroom, Mar. 21,

[10] The following description of Oracle's infringing conduct is illustrative and is not intended to be an exhaustive or limiting explanation of every manner in which Oracle directly infringes the '145 Patent.

2023, available at https://nvidianews.nvidia.com/news/oracle-cloud-infrastructure-chooses-nvidia-bluefield-data-center-acceleration-platform ("Oracle Cloud Infrastructure (OCI) has selected the NVIDIA BlueField®-3 DPU as the latest addition to its networking stack, offering OCI customers a powerful new option for offloading data center tasks from CPUs;" "BlueField also delivers full backward-compatibility through the NVIDIA DOCA™ software framework").[11]

111. NVIDIA DPUs are designed to perform erasure encoding. *See e.g.*, NVIDIA DOCA Erasure Coding Programming Guide, Oct. 2023, available at https://docs.nvidia.com/doca/archive/doca-v2.2.0/erasure-coding-programming-guide/index.html ("The DOCA Erasure Coding … using hardware acceleration, supporting … NVIDIA® BlueField®-3 (and higher) DPU memory regions. DOCA Erasure Coding recovers lost data fragments by creating generic redundancy fragment (backup). Each redundancy block that the library creates can help recover any block in the original data should a total loss of fragment occur. This increases data redundancy and reduces data overhead").

112. On information and belief, Oracle's OCI performs erasure encoding using NVIDIA DPUs, infringing claims of the '145 Patent.

113. For example, Claim 1 of the '145 Patent claims: "A method comprising: receiving, at a vector processor, a request to store data; performing, by a vector processor, one or more transforms on the data … wherein performing one or more transforms on the data comprise: erasure encoding the data to generate n data fragments configured such that any k of the data

[11] *See also* Ushering in a New Era of HPC and Supercomputing Performance with DPUs, NVIDIA Technical Blog, Sep. 20, 2022, available at https://developer.nvidia.com/blog/ushering-in-a-new-era-of-hpc-and-supercomputing-performance-with-dpus/ ("The NVIDIA DOCA SDK is the key to unlocking the potential of BlueField. Together, NVIDIA DOCA and BlueField enable the development of applications that deliver breakthrough … storage …. NVIDIA DOCA supports a range of operating systems and distributions and includes drivers, libraries, tools, documentation, and example applications").

fragments are usable to regenerate the data, where k is less than n." In OCI, Oracle deploys NVIDIA DPUs as "vector processors" that receive requests to store data and perform transforms on the data, including erasure encoding transforms "to generate n data fragments configured such that any k of the data fragments are usable to regenerate the data, where k is less than n," as evidenced by the following explanation from a NVIDIA programing guide:

> DOCA Erasure Coding relies on DOCA Core architecture, utilizing the existing memory map and buffer objects. After initialization, an EC operation is requested by submitting an EC job on the relevant work queue (workq). The DOCA Erasure Coding library then executes that operation asynchronously before posting a completion event on the workq.
>
> The following diagram presents a high-level view of the EC transmission flow:




> 1. M packets are sent from the source (8 in this case).
> 2. Before the source send them, the source encode the data by adding to it T redundancy packets (4 in this case).
> 3. The packets are transmitted to the destination in UDP protocol. Some packets are lost and N packets are received (in this case 4 packets are lost and 8 are received).
> 4. The destination decodes the data using all the packets available (both original data in green and redundancy data in red) and gets back the M original data packets.

NVIDIA DOCA Erasure Coding Programming Guide, Oct. 2023, available at https://docs.nvidia.com/doca/archive/doca-v2.2.0/erasure-coding-programming-guide/index.html; *see also, e.g.*, https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding (displaying the same figure).

114. The Oracle implemented NVIDIA DPUs for OCI "directly instruct[] … one or more storage devices to store the data," "directly instructing the one or more storage devices to store the plurality of data fragments." *Compare* '145 Patent Claim 1 ("directly instructing, by the vector processor, one or more storage devices to store the data … wherein directly instructing one or more storage devices to store the data comprises: directly instructing the one or more storage devices to store the plurality of data fragments") *with, e.g.*, Oracle Cloud Infrastructure Chooses NVIDIA BlueField Data Center Acceleration Platform, NVIDIA Newsroom, Mar. 21, 2023, available at https://nvidianews.nvidia.com/news/oracle-cloud-infrastructure-chooses-nvidia-bluefield-data-center-acceleration-platform ("[BlueField-3 DPUs] improves performance, efficiency and security in data centers by **offloading, accelerating** and isolating infrastructure workloads, **thus freeing expensive CPU cores** to run business applications;" "By utilizing BlueField-3, OCI is extending its long-established approach **of offloading data center infrastructure tasks from CPUs**"); https://developer.nvidia.com/networking/doca ("Together, DOCA and the BlueField platform enable the development of applications that deliver breakthrough … **storage performance**").

115. The OCI erasure encoding data storage process performed by Oracle "identif[ies] one or more plugins configured to be used for the one or more transforms." *Compare* '145 Patent Claim 1 ("identifying one or more plugins configured to be used for the one or more transforms") *with e.g.,* https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding ("DOCA

Erasure Coding is a DOCA Context as defined by DOCA Core. This library leverages the DOCA Core architecture to expose asynchronous tasks/events that are offloaded to hardware").

116. Oracle practices every element of at least Claim 1 of the '145 Patent.

117. To take another example, Oracle makes and operates a system comprising vector processors—at least in the form of NVIDIA DPUs—and memory with instructions that cause the vector processors to perform as described above. *Compare* '145 Patent Claim 16 ("A system: comprising: … vector processors; and a memory; wherein the memory comprises instructions … configure the … vector processors to perform the method of claim 1") *with* the description of Oracle's infringing method set forth above. Oracle practices every element of at least Claim 16 of the '145 Patent.

118. By making, using, offering for sale, and/or selling products in the United States and/or importing products into the United States, including but not limited to the '145 Accused Products, Oracle has injured Daedalus and is liable to Daedalus for directly infringing one or more claims of the '145 Patent, including, without limitation, Claims 1 and 16 pursuant to 35 U.S.C. § 271(a).

119. On information and belief, Oracle will continue to infringe the '145 Patent unless enjoined by this Court.

120. As a result of Oracle's infringement of the '145 Patent, Daedalus has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Oracle's infringement, but in no event less than a reasonable royalty with interest and costs. Oracle's infringement of Daedalus' rights under the '145 Patent will continue to damage Daedalus, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

**COUNT II**
**(Infringement of U.S. Patent No. 11,782,844)**

121. Daedalus incorporates by reference the allegations set forth in Paragraphs 1-106 of this Complaint as though fully set forth herein.

122. On information and belief, Oracle Corporation and Oracle America have directly infringed, literally or under the doctrine of equivalents, and continue to directly infringe, one or more claims of the ’844 Patent, including at least Claims 1 and 17 of the ’844 Patent, in the Commonwealth of Virginia, in this District, and elsewhere in the United States by, among other things, making, using, selling, offering for sale, and/or importing into the United States products/services that embody one or more of the inventions claimed in the ’844 Patent, including, but not limited to, the above identified Oracle Cloud Infrastructure (OCI) product/service and all reasonably similar products/services (the "’844 Accused Products") in violation of 35 U.S.C. § 271.[12]

123. For example, OCI implements erasure encoding on data it stores to storage devices such as hard disk drives and solid state drives. For instance, as explained on Oracle's blog by an OCI chief technical architect and an OCI architect, OCI's Oracle Object Storage component uses erasure encoding. *See* First Principles, Using Redundancy and Recovery to Achieve High Durability in OCI Object Storage, P. Vincent & L. Burchall, Oracle Blog, Mar. 14, 2023, available at https://blogs.oracle.com/cloud-infrastructure/post/first-principles-redundancy-recovery-durability ("This blog reveals how Oracle Cloud Infrastructure (OCI) designed the highly durable Object Storage service to prevent data loss …. Object Storage is designed to handle 3–5 concurrent

[12] The following description of Oracle's infringing conduct is illustrative and is not intended to be an exhaustive or limiting explanation of every manner in which Oracle directly infringes the ’844 Patent.

**disk** failures for the same object by storing redundant copies of object data. Storing copies of exabytes of data becomes expensive and so Object Storage **stores data using** an efficient storage technique called **erasure coding**"). The same is true of OCI's Oracle File Storage component. *See, e.g.,* Overview of File Storage, Oracle Cloud Infrastructure Documentation, available at https://docs.oracle.com/en-us/iaas/Content/File/Concepts/filestorageoverview.htm ("Oracle Cloud Infrastructure File Storage employs 5-way replicated **storage**, located in different fault domains, to provide redundancy for resilient data protection. Data is protected with **erasure encoding**").

124. And Oracle deploys NVIDIA BlueField data processing units enabled with NVIDIA DOCA software ("NVIDIA DPUs") in OCI. *See, e.g.*, Oracle Cloud Infrastructure Chooses NVIDIA BlueField Data Center Acceleration Platform, NVIDIA Newsroom, Mar. 21, 2023, available at https://nvidianews.nvidia.com/news/oracle-cloud-infrastructure-chooses-nvidia-bluefield-data-center-acceleration-platform ("Oracle Cloud Infrastructure (OCI) has selected the NVIDIA BlueField®-3 DPU as the latest addition to its networking stack, offering OCI customers a powerful new option for offloading data center tasks from CPUs;" "BlueField also delivers full backward-compatibility through the NVIDIA DOCA™ software framework").[13]

125. NVIDIA DPUs are designed to perform erasure encoding. *See, e.g.*, NVIDIA DOCA Erasure Coding Programming Guide, Oct. 2023, available at https://docs.nvidia.com/doca/archive/doca-v2.2.0/erasure-coding-programming-guide/index.html

---

[13] *See also* Ushering in a New Era of HPC and Supercomputing Performance with DPUs, NVIDIA Technical Blog, Sep. 20, 2022, available at https://developer.nvidia.com/blog/ushering-in-a-new-era-of-hpc-and-supercomputing-performance-with-dpus/ ("The NVIDIA DOCA SDK is the key to unlocking the potential of BlueField. Together, NVIDIA DOCA and BlueField enable the development of applications that deliver breakthrough … storage …. NVIDIA DOCA supports a range of operating systems and distributions and includes drivers, libraries, tools, documentation, and example applications").

("The DOCA Erasure Coding … using hardware acceleration, supporting … NVIDIA® BlueField®-3 (and higher) DPU memory regions. DOCA Erasure Coding recovers lost data fragments by creating generic redundancy fragment (backup). Each redundancy block that the library creates can help recover any block in the original data should a total loss of fragment occur. This increases data redundancy and reduces data overhead").

126. On information and belief, Oracle's OCI performs erasure encoding using NVIDIA DPUs, infringing claims of the '844 Patent.

127. For example, Claim 1 of the ' 844 Patent claims: "A method comprising: receiving, at a vector processor, a request to store data; performing, by a vector processor, one or more transforms on the data … wherein performing one or more transforms on the data comprises: erasure encoding the data to generate n data fragments configured such that any m data fragments are recoverable using k data fragments, where n=m+k." In OCI, Oracle deploys NVIDIA DPUs as "vector processors" that receive requests to store data and perform transforms on the data, including erasure encoding transforms "to generate n data fragments configured such that any m data fragments are recoverable using k data fragments, where n=m+k," as evidenced by the following explanation from a NVIDIA programing guide:

DOCA Erasure Coding relies on DOCA Core architecture, utilizing the existing memory map and buffer objects. After initialization, an EC operation is requested by submitting an EC job on the relevant work queue (workq). The DOCA Erasure Coding library then executes that operation asynchronously before posting a completion event on the workq.

The following diagram presents a high-level view of the EC transmission flow:




1. M packets are sent from the source (8 in this case).
2. Before the source send them, the source encode the data by adding to it T redundancy packets (4 in this case).
3. The packets are transmitted to the destination in UDP protocol. Some packets are lost and N packets are received (in this case 4 packets are lost and 8 are received).
4. The destination decodes the data using all the packets available (both original data in green and redundancy data in red) and gets back the M original data packets.

NVIDIA DOCA Erasure Coding Programming Guide, Oct. 2023, available at https://docs.nvidia.com/doca/archive/doca-v2.2.0/erasure-coding-programming-guide/index.html; *see also, e.g.,* https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding (displaying the same figure).

128. Oracle implemented NVIDIA DPUs for OCI “instruct[] … one or more storage devices to store the data,” “instructing the one or more storage devices to store the plurality of data

fragments." *Compare* '844 Patent Claim 1 ("instructing, by the vector processor, one or more storage devices to store the data … wherein instructing one or more storage devices to store the data comprises: instructing the one or more storage devices to store the plurality of data fragments") *with, e.g.*, Oracle Cloud Infrastructure Chooses NVIDIA BlueField Data Center Acceleration Platform, NVIDIA Newsroom, Mar. 21, 2023, available at https://nvidianews.nvidia.com/news/oracle-cloud-infrastructure-chooses-nvidia-bluefield-data-center-acceleration-platform ("[BlueField-3 DPUs] improves performance, efficiency and security in data centers by **offloading, accelerating** and isolating infrastructure workloads, **thus freeing expensive CPU cores** to run business applications;" "By utilizing BlueField-3, OCI is extending its long-established approach **of offloading data center infrastructure tasks from CPUs**"); https://developer.nvidia.com/networking/doca ("Together, DOCA and the BlueField platform enable the development of applications that deliver breakthrough … **storage performance**").

129. Oracle practices every element of at least Claim 1 of the '844 Patent.

130. To take another example, Oracle makes and operates a system comprising vector processors—at least in the form of NVIDIA DPUs—and memory with instructions that cause the vector processors to perform as described above. *Compare* '844 Patent Claim 17 ("A system: comprising: … vector processors; and a memory; wherein the memory comprises instructions … configure the … vector processors to perform the method of claim 1") *with* the description of Oracle's infringing method set forth above. Oracle practices every element of at least Claim 17 of the '844 Patent.

131. By making, using, offering for sale, and/or selling products in the United States and/or importing products into the United States, including but not limited to the '844 Accused Products, Oracle has injured Daedalus and is liable to Daedalus for directly infringing one or more

claims of the ’844 Patent, including, without limitation, Claims 1 and 17 pursuant to 35 U.S.C. § 271(a).

132. On information and belief, Oracle will continue to infringe the ’844 Patent unless enjoined by this Court.

133. As a result of Oracle’s infringement of the ’844 Patent, Daedalus has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Oracle’s infringement, but in no event less than a reasonable royalty with interest and costs. Oracle’s infringement of Daedalus’ rights under the ’844 Patent will continue to damage Daedalus, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court

**COUNT III**
**(Infringement of U.S. Patent No. 12,235,772)**

134. Daedalus incorporates by reference the allegations set forth in Paragraphs 1-106 of this Complaint as though fully set forth herein.

135. On information and belief, Oracle Corporation and Oracle America have directly infringed, literally or under the doctrine of equivalents, and continue to directly infringe, one or more claims of the ’772 Patent, including at least Claims 1 and 10 of the ’772 Patent, in the state of Virginia, in this District, and elsewhere in the United States by, among other things, making, using, selling, offering for sale, and/or importing into the United States products/services that embody one or more of the inventions claimed in the ’772 Patent, including, but not limited to, the

above identified Oracle Cloud Infrastructure (OCI) product/service and all reasonably similar products/services (the "'772 Accused Products") in violation of 35 U.S.C. § 271.[14]

136. For example, OCI implements erasure encoding on data it stores to storage devices such as hard disk drives and solid state drives. For instance, as explained on Oracle's blog by an OCI chief technical architect and an OCI architect, OCI's Oracle Object Storage component uses erasure encoding. *See* First Principles, Using Redundancy and Recovery to Achieve High Durability in OCI Object Storage, P. Vincent & L. Burchall, Oracle Blog, Mar. 14, 2023, available at https://blogs.oracle.com/cloud-infrastructure/post/first-principles-redundancy-recovery-durability ("This blog reveals how Oracle Cloud Infrastructure (OCI) designed the highly durable Object Storage service to prevent data loss .... Object Storage is designed to handle 3–5 concurrent **disk** failures for the same object by storing redundant copies of object data. Storing copies of exabytes of data becomes expensive and so Object Storage **stores data using** an efficient storage technique called **erasure coding**"). The same is true of OCI's Oracle File Storage component. *See, e.g.,* Overview of File Storage, Oracle Cloud Infrastructure Documentation, available at https://docs.oracle.com/en-us/iaas/Content/File/Concepts/filestorageoverview.htm ("Oracle Cloud Infrastructure File Storage employs 5-way replicated **storage**, located in different fault domains, to provide redundancy for resilient data protection. Data is protected with **erasure encoding**").

137. And Oracle deploys NVIDIA BlueField data processing units enabled with NVIDIA DOCA software ("NVIDIA DPUs") in OCI. *See, e.g.*, Oracle Cloud Infrastructure Chooses NVIDIA BlueField Data Center Acceleration Platform, NVIDIA Newsroom, Mar. 21,

[14] The following description of Oracle's infringing conduct is illustrative and is not intended to be an exhaustive or limiting explanation of every manner in which Oracle directly infringes the '772 Patent.

2023, available at https://nvidianews.nvidia.com/news/oracle-cloud-infrastructure-chooses-nvidia-bluefield-data-center-acceleration-platform ("Oracle Cloud Infrastructure (OCI) has selected the NVIDIA BlueField®-3 DPU as the latest addition to its networking stack, offering OCI customers a powerful new option for offloading data center tasks from CPUs;" "BlueField also delivers full backward-compatibility through the NVIDIA DOCA™ software framework").[15]

138. NVIDIA DPUs are designed to perform erasure encoding. *See, e.g.*, NVIDIA DOCA Erasure Coding Programming Guide, Oct. 2023, available at https://docs.nvidia.com/doca/archive/doca-v2.2.0/erasure-coding-programming-guide/index.html ("The DOCA Erasure Coding … using hardware acceleration, supporting … NVIDIA® BlueField®-3 (and higher) DPU memory regions. DOCA Erasure Coding recovers lost data fragments by creating generic redundancy fragment (backup). Each redundancy block that the library creates can help recover any block in the original data should a total loss of fragment occur. This increases data redundancy and reduces data overhead").

139. On information and belief, Oracle's OCI performs erasure encoding using NVIDIA DPUs, infringing claims of the '772 Patent.

140. For example, Claim 1 of the '772 Patent claims: "A method comprising: receiving, at a vector processor, a request to store data; performing, by a vector processor, one or more transforms on the data, wherein performing one or more transforms on the data comprises erasure encoding the data to generate n data fragments configured such that any k of the data fragments

---

[15] *See also* Ushering in a New Era of HPC and Supercomputing Performance with DPUs, NVIDIA Technical Blog, Sep. 20, 2022, available at https://developer.nvidia.com/blog/ushering-in-a-new-era-of-hpc-and-supercomputing-performance-with-dpus/ ("The NVIDIA DOCA SDK is the key to unlocking the potential of BlueField. Together, NVIDIA DOCA and BlueField enable the development of applications that deliver breakthrough … storage …. NVIDIA DOCA supports a range of operating systems and distributions and includes drivers, libraries, tools, documentation, and example applications").

are usable to regenerate the data, where k is less than n." In OCI, Oracle deploys NVIDIA DPUs as "vector processors" that receive requests to store data and perform transforms on the data, including erasure encoding transforms "to generate n data fragments configured such that any k of the data fragments are usable to regenerate the data, where k is less than n," as evidenced by the following explanation from a NVIDIA programing guide:

DOCA Erasure Coding relies on DOCA Core architecture, utilizing the existing memory map and buffer objects. After initialization, an EC operation is requested by submitting an EC job on the relevant work queue (workq). The DOCA Erasure Coding library then executes that operation asynchronously before posting a completion event on the workq.

The following diagram presents a high-level view of the EC transmission flow:




1. M packets are sent from the source (8 in this case).
2. Before the source send them, the source encode the data by adding to it T redundancy packets (4 in this case).
3. The packets are transmitted to the destination in UDP protocol. Some packets are lost and N packets are received (in this case 4 packets are lost and 8 are received).
4. The destination decodes the data using all the packets available (both original data in green and redundancy data in red) and gets back the M original data packets.

NVIDIA DOCA Erasure Coding Programming Guide, Oct. 2023, available at https://docs.nvidia.com/doca/archive/doca-v2.2.0/erasure-coding-programming-guide/index.html; *see also, e.g.*, https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding (displaying the same figure).

141. The Oracle implemented NVIDIA DPUs for OCI "instruct[] … one or more storage devices to store the data, wherein instructing one or more storage devices to store the data comprises instructing the one or more storage devices to store the data without the mediation of a central processing unit (CPU)." *Compare* '772 Patent Claim 1 ("instructing, by the vector processor, one or more storage devices to store the data, wherein instructing one or more storage devices to store the data comprises instructing the one or more storage devices to store the data without the mediation of a central processing unit (CPU)") *with e.g.*, Oracle Cloud Infrastructure Chooses NVIDIA BlueField Data Center Acceleration Platform, NVIDIA Newroom, Mar. 21, 2023, available at https://nvidianews.nvidia.com/news/oracle-cloud-infrastructure-chooses-nvidia-bluefield-data-center-acceleration-platform ("[BlueField-3 DPUs] improves performance, efficiency and security in data centers by **offloading, accelerating** and isolating infrastructure workloads, **thus freeing expensive CPU cores** to run business applications;" "By utilizing BlueField-3, OCI is extending its long-established approach **of offloading data center infrastructure tasks from CPUs**"); https://developer.nvidia.com/networking/doca ("Together, DOCA and the BlueField platform enable the development of applications that deliver breakthrough … **storage performance**").

142. The Oracle implemented NVIDIA DPUs for OCI receive an acknowledgement from the storage devices "that m of the data fragments have been stored, in which $k \leq m < n$." *Compare* '772 Patent Claim 1 ("receiving, by the vector processor, an acknowledgment from the

one or more storage devices that m of the data fragments have been stored, in which k≤m<n”) *with e.g.*, DOCA Erasure Encoding, NVIDIA, available at https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding (“The encode logic includes … Setting the configuration to the EC create task, including setting callback functions as follows: [] Successful completion callback … Failed completion callback … Progressing the PE until the context returns to idle state, either as a result of a successful run in which all tasks have been successfully completed, or as a result of a fatal error”) *and* DOCA Core, NVIDIA, available at https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-core#DOCA-Device (“Task properties share generic properties which are common to all task types and type-specific properties … The following are generic task properties: •Setting completion callback – it has separate callbacks for successful completion and completion with failure. • Getting/setting user data – used in completion callback as some structure associated with specific task object. •Getting task status – intended to retrieve error code on completion with failure …. Upon completion, there is a set of getters to access the results of the task execution”). The acknowledgement includes an acknowledgement that at least “m of the data fragments have been stored, in which k≤m<n,” as it is expected that the following recovery logic can be applied:

**Recover Block**

The user must perform the following:

1. Input M-L original blocks via `doca_buf` (blocks that were not impaired).
2. Input L≤K (any) redundancy blocks via `doca_buf` (redundancy blocks originating from create/update tasks).
3. Input bitmask or array, indicating which blocks to recover.
4. Output L empty blocks via `doca_buf` (same size of data block).
5. Use DOCA Erasure Coding to create a recover coding matrix of M by L via `doca_buf` (unique per bitmask).
6. Use DOCA Erasure Coding Recover task to get the L output recovered data blocks.

DOCA Erasure Encoding, NVIDIA, available at https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding.

143. Oracle practices every element of at least Claim 1 of the ’772 Patent.

144. To take another example, Oracle makes and operates a system comprising vector processors—at least in the form of NVIDIA DPUs—and memory with instructions that cause the vector processors to perform as described above. *Compare* ’772 Patent Claim 10 (“A system: comprising: … vector processors; and a memory comprising instructions … configure the … vector processors to perform the method of claim 1”) *with* the description of Oracle’s infringing method set forth above. Oracle practices every element of at least Claim 10 of the ’772 Patent.

145. By making, using, offering for sale, and/or selling products in the United States and/or importing products into the United States, including but not limited to the ’772 Accused Products, Oracle has injured Daedalus and is liable to Daedalus for directly infringing one or more claims of the ’772 Patent, including, without limitation, Claims 1 and 10 pursuant to 35 U.S.C. § 271(a).

146. On information and belief, Oracle will continue to infringe the ’772 Patent unless enjoined by this Court.

147. As a result of Oracle’s infringement of the ’772 Patent, Daedalus has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Oracle’s infringement, but in no event less than a reasonable royalty with interest and costs. Oracle’s infringement of Daedalus’ rights under the ’772 Patent will continue to damage Daedalus, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

**COUNT IV**
**(Infringement of U.S. Patent No. 12,086,070)**

148. Daedalus incorporates by reference the allegations set forth in Paragraphs 1-106 of this Complaint as though fully set forth herein.

149. On information and belief, Oracle Corporation and Oracle America have directly infringed, literally or under the doctrine of equivalents, and continue to directly infringe, one or more claims of the ’070 Patent, including at least Claim 1 of the ’070 Patent, in the Commonwealth of Virginia, in this District, and elsewhere in the United States by, among other things, making, using, selling, offering for sale, and/or importing into the United States products/services that embody one or more of the inventions claimed in the ’070 Patent, including, but not limited to, the above identified Oracle Cloud Infrastructure (OCI) product/service and all reasonably similar products/services (the "’070 Accused Products") in violation of 35 U.S.C. § 271.[16]

150. For example, OCI implements invertible transforms on data it stores to storage devices such as hard disk drives and solid state drives. For instance, as explained on Oracle's blog by an OCI chief technical architect and an OCI architect, OCI's Oracle Object Storage component uses erasure encoding, a type of invertible transform. *See* First Principles, Using Redundancy and Recovery to Achieve High Durability in OCI Object Storage, P. Vincent & L. Burchall, Oracle Blog, Mar. 14, 2023, available at https://blogs.oracle.com/cloud-infrastructure/post/first-principles-redundancy-recovery-durability ("This blog reveals how Oracle Cloud Infrastructure (OCI) designed the highly durable Object Storage service to prevent data loss …. Object Storage is designed to handle 3–5 concurrent **disk** failures for the same object by storing redundant copies of object data. Storing copies of exabytes of data becomes expensive and so Object Storage **stores**

[16] The following description of Oracle's infringing conduct is illustrative and is not intended to be an exhaustive or limiting explanation of every manner in which Oracle directly infringes the ’070 Patent.

**data using** an efficient storage technique called **erasure coding**"). The same is true of OCI's Oracle File Storage component. *See, e.g.,* Overview of File Storage, Oracle Cloud Infrastructure Documentation, available at https://docs.oracle.com/en-us/iaas/Content/File/Concepts/filestorageoverview.htm ("Oracle Cloud Infrastructure File Storage employs 5-way replicated **storage**, located in different fault domains, to provide redundancy for resilient data protection. Data is protected with **erasure encoding**").

151. And Oracle deploys NVIDIA BlueField data processing units enabled with NVIDIA DOCA software ("NVIDIA DPUs") in OCI. *See, e.g.*, Oracle Cloud Infrastructure Chooses NVIDIA BlueField Data Center Acceleration Platform, NVIDIA Newsroom, Mar. 21, 2023, available at https://nvidianews.nvidia.com/news/oracle-cloud-infrastructure-chooses-nvidia-bluefield-data-center-acceleration-platform ("Oracle Cloud Infrastructure (OCI) has selected the NVIDIA BlueField®-3 DPU as the latest addition to its networking stack, offering OCI customers a powerful new option for offloading data center tasks from CPUs;" "BlueField also delivers full backward-compatibility through the NVIDIA DOCA™ software framework").[17]

152. NVIDIA DPUs are designed to perform invertible transforms, including, for example, erasure encoding. *See, e.g.*, NVIDIA DOCA Erasure Coding Programming Guide, Oct. 2023, available at https://docs.nvidia.com/doca/archive/doca-v2.2.0/erasure-coding-programming-guide/index.html ("The DOCA Erasure Coding … using hardware acceleration, supporting … NVIDIA® BlueField®-3 (and higher) DPU memory regions. DOCA Erasure

---

[17] *See also* Ushering in a New Era of HPC and Supercomputing Performance with DPUs, NVIDIA Technical Blog, Sep. 20, 2022, available at https://developer.nvidia.com/blog/ushering-in-a-new-era-of-hpc-and-supercomputing-performance-with-dpus/ ("The NVIDIA DOCA SDK is the key to unlocking the potential of BlueField. Together, NVIDIA DOCA and BlueField enable the development of applications that deliver breakthrough … storage …. NVIDIA DOCA supports a range of operating systems and distributions and includes drivers, libraries, tools, documentation, and example applications").

Coding recovers lost data fragments by creating generic redundancy fragment (backup). Each redundancy block that the library creates can help recover any block in the original data should a total loss of fragment occur. This increases data redundancy and reduces data overhead").

153. On information and belief, Oracle's OCI performs invertible transforms, including erasure encoding, using NVIDIA DPUs, infringing claims of the '070 Patent.

154. For example, with OCI and its NVIDIA DPUs deployed as vector processors for invertible transforms, Oracle copies data to pinned memory "wherein contents of the pinned memory are accessible by the vector processor and a central processing unit (CPU) directly over a data bus." *Compare* '070 Patent Claim 1 ("A method comprising: receiving … an instruction to write data, the instruction comprising a memory location of the data; copying the data to pinned memory … wherein contents of the pinned memory are accessible by the vector processor and a central processing unit (CPU) directly over a data bus) *with e.g.*, DOCA DMA Copy Application Guide, NVIDIA, available at https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-dma-copy-application-guide ("This guide provides an example of a DMA Copy implementation on top of NVIDIA® BlueField® DPU …. DOCA DMA (direct memory access) Copy application transfers files (data path) … between the DPU and the x86 host using the DOCA DMA Library … supporting both local and remote memory …" & the figure under "System Design" copied below) *and* DOCA DMA, available at https://networking-docs.nvidia.com/doca/archive/2-5-2/doca-dma#src-2451172682_id-.DOCADMAv2.5.0-ExecutionPhase ("where these **buffers reside** either **in** local memory (i.e., within the same host) or **host memory accessible by the DPU**").[18] As

[18] OCI uses Oracle Exadata servers, which use an x86 architecture. *See, e.g.*, https://www.oracle.com/database/technologies/exadata/hardware/databaseservers/ ("Exadata Database Machine is the most versatile database platform …. Exadata X11M introduces the Database Server-Z, which is equipped with a single 32-core x86 processor").

illustrated in the below figure, the CPU (at the "host") and DPU can access a "mapped memory;" this mapped memory is used by OCI as a "pinned memory:"




DOCA DMA Copy Application Guide, NVIDIA, available at https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-dma-copy-application-guide.

155. The CPU and DPU use a "data bus" as evidenced by the "PCI" references in the figure below:




DOCA Core, DOCA Device available at https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-core#DOCA-Device; *see also* https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding ("DOCA Erasure Coding library follows the architecture of a DOCA Core Context, it is recommended read the following sections before … DOCA Core Device").

156. Claim 1 of the '070 Patent claims: "performing, by a vector processor, the one or more invertible transforms on the data to generate transformed data." In OCI, Oracle deploys NVIDIA DPUs as "vector processors" that perform "invertible transforms" on the data prior to the data being transferred to storage devices, including erasure encoding transforms, as evidenced by the following explanation from a NVIDIA programing guide:

DOCA Erasure Coding relies on DOCA Core architecture, utilizing the existing memory map and buffer objects. After initialization, an EC operation is requested by submitting an EC job on the relevant work queue (workq). The DOCA Erasure Coding library then executes that operation asynchronously before posting a completion event on the workq.

The following diagram presents a high-level view of the EC transmission flow:




1. M packets are sent from the source (8 in this case).
2. Before the source send them, the source encode the data by adding to it T redundancy packets (4 in this case).
3. The packets are transmitted to the destination in UDP protocol. Some packets are lost and N packets are received (in this case 4 packets are lost and 8 are received).
4. The destination decodes the data using all the packets available (both original data in green and redundancy data in red) and gets back the M original data packets.

NVIDIA DOCA Erasure Coding Programming Guide, Oct. 2023, available at https://docs.nvidia.com/doca/archive/doca-v2.2.0/erasure-coding-programming-guide/index.html; *see also, e.g.*, https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding (displaying the same figure).

157. With OCI and its NVIDIA DPUs deployed as vector processors for invertible transforms, Oracle indicates to the sender of an instruction to write data that "the data in the pinned

memory has been written to one or more storage devices before performing" invertible transforms on the data using the NVIDIA DPUs. *Compare* '070 Patent Claim 1 ("indicating to a sender of the instruction that the data in the pinned memory has been written to one or more storage devices before performing one or more invertible transforms on the data") *with e.g.*, DOCA SNAP-4 Service Guide, NVIDIA, available at https://networking-docs.nvidia.com/doca/sdk/doca-snap-4-service-guide ("NVIDIA® BlueField® SNAP and virtio-blk SNAP (storage-defined network accelerated processing) technology enables hardware-accelerated virtualization of local storage. NVMe/virtio-blk SNAP presents networked storage as a local block-storage device (e.g., SSD) emulating a local drive on the PCIe bus. The host OS or hypervisor uses its standard storage driver, **unaware that communication is done, not with a physical drive**, but with NVMe/virtio-blk SNAP framework. **Any logic may be applied to the I/O requests or to the data via the NVMe/virtioblk SNAP framework prior to redirecting the request and/or data** over a fabric-based network to remote or local storage targets. NVMe/virtio-blk SNAP is based on the NVIDIA® BlueField® DPU family technology and combines unique software-defined hardware accelerated storage virtualization with the advanced networking and programmability capabilities of the DPU. NVMe/virtio-blk SNAP together with the BlueField DPU enable a world of applications addressing storage and networking efficiency and performance").

158. With OCI and its NVIDIA DPUs deployed as vector processors for invertible transforms, Oracle writes the data that was transformed by the NVIDIA DPUs to pinned memory. *Compare* '070 Patent Claim 1 ("writing the transformed data to the pinned memory") *with, e.g.*, DOCA Erasure Coding, NVIDIA, available at https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding ("Executing any DOCA EC task requires two DOCA buffers, a source buffer and a **destination buffer**;" "A destination buffer for

the multiplication outcome blocks. The sequence containing all multiplication outcome blocks … is written to it upon successful completion of the task") *and* DOCA DMA, available at https://networking-docs.nvidia.com/doca/archive/2-5-2/doca-dma#src-2451172682_id-.DOCADMAv2.5.0-ExecutionPhase ("where these **buffers reside** either **in** local memory (i.e., within the same host) or **host memory accessible by the DPU**").

159. With OCI and its NVIDIA DPUs deployed as vector processors for invertible transforms, Oracle determines that the NVIDIA DPU transformed data must be transferred from pinned memory to storage devices. *Compare* '070 Patent Claim 1 ("initiating a transfer of the transformed data from the pinned memory to the one or more storage devices in response to a block device driver determining that the transformed data must be moved from the pinned memory to the one or more storage devices") *with, e.g.*, DOCA Erasure Encoding, NVIDIA, https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding ("This sample illustrates how to use DOCA Erasure Coding (EC) library to encode and decode a file block (and entire file) … The encode logic includes …. Setting the configuration to the EC create task, including setting callback functions as follows: Successful completion callback: i. **Writing the resulting redundancy blocks to the output directory** (count is specified by <redundancy block count>). ii. Freeing the task. iii. **Saving the result of the task** and the callback. If there was an error in step a., the relevant error value is saved") *and* DOCA SNAP-4 Service Guide, NVIDIA, available at https://networking-docs.nvidia.com/doca/sdk/doca-snap-4-service-guide ("Any logic may be applied to the I/O requests or to the data via the NVMe/virtioblk SNAP framework prior to **redirecting the request and/or data over a fabric-based network to remote or local storage targets**").

160. Oracle uses a "block device interface" to receive write instructions and a "block device driver" to determine that transformed data must be moved in the above-described process. *Compare* '070 Patent Claim 1 ("A method comprising: receiving, at a block device interface, an instruction to write data …. initiating a transfer of the transformed data … in response to a block device driver determining that the transformed data must be moved") *with, e.g.*, DOCA Storage Applications, NVIDIA, available at https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-storage-applications ("GGA Offload[:] This use case demonstrates how to leverage hardware acceleration for a storage solution that provides transparent compression, recovery, and data mirroring. It uses a combination of the DOCA Comch, DOCA Core, DOCA RDMA, **DOCA Erasure Coding** and DOCA Compress libraries. Architecture and Components[:] …. 1x Initiator (doca_storage_initiator_comch): **A client/benchmark application that sends read and write requests**. 1x Service (doca_storage_comch_to_rdma_gga_offload): A bridge that abstracts the storage details and orchestrates the offload operations (compression, erasure coding). 3x Targets (doca_storage_target_rdma): Three instances of a memory-based storage application, one for each data 'shard'") *and* DOCA Erasure Encoding, NVIDIA, https://networking-docs.nvidia.com/doca/archive/3-4-0/doca-erasure-coding ("DOCA Erasure Coding is a DOCA Context as defined by DOCA Core. This library leverages the DOCA Core architecture to expose **asynchronous tasks/events** that are offloaded to hardware"); *see also* NVIDIA DOCA Software Platform, available at https://developer.nvidia.com/networking/doca ("NVIDIA DOCA™ unlocks the potential of the NVIDIA® BlueField® platform …. It lets developers create software defined, cloud-native, DPU- and SuperNIC-accelerated services with zero-trust protection, addressing the performance and security demands of modern data centers. DOCA-Host includes all needed host drivers and tools for your NVIDIA BlueField;" "The SDK supports a range of operating systems

and distributions and includes drivers, libraries, tools, documentation, and example applications …. DOCA-Host provides the needed interfaces for NVIDIA networking platforms, including [] BlueField ….”).

161. Oracle practices every element of at least Claim 1 of the ’070 Patent.

162. By making, using, offering for sale, and/or selling products in the United States and/or importing products into the United States, including but not limited to the ’070 Accused Products, Oracle has injured Daedalus and is liable to Daedalus for directly infringing one or more claims of the ’070 Patent, including, without limitation, Claim 1 pursuant to 35 U.S.C. § 271(a).

163. On information and belief, Oracle will continue to infringe the ’070 Patent unless enjoined by this Court.

164. As a result of Oracle’s infringement of the ’070 Patent, Daedalus has suffered monetary damages, and seeks recovery, in an amount to be proven at trial, adequate to compensate for Oracle’s infringement, but in no event less than a reasonable royalty with interest and costs. Oracle’s infringement of Daedalus’ rights under the ’070 Patent will continue to damage Daedalus, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

## DEMAND FOR JURY TRIAL

165. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action of all issues triable by a jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and seeks relief against Oracle Corporation and Oracle America as follows:

a. For judgment that Oracle infringed and continues to infringe the claims of the ’145, ’844, ’772, and ’070 Patents;

b. For a permanent injunction against Oracle and its respective officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement of the ’145, ’844, ’772, and ’070 Patents;

c. For an accounting of all damages sustained by Plaintiff as the result of Oracle’s acts of infringement;

d. For a mandatory future royalty payable on each and every future sale by Oracle of a product/service that is found to infringe one or more of the Asserted Patents and on all future products/services which are not colorably different from products/services found to infringe;

e. For a judgment and order requiring Oracle to pay Plaintiff’s damages, costs, and pre- and post-judgment interest for Oracle’s infringement of the ’145, ’844, ’772, and ’070 Patents; and

f. For such other and further relief in law and in equity as the Court may deem just and proper.

Dated: August 21, 2026

Respectfully submitted,

/s/ *Tara R. Zurawski*
Tara R. Zurawski
VA Bar No. 73602
tzurawski@bdiplaw.com
**BUNSOW DE MORY LLP**
277 South Washington St., Suite 210, #1088
Alexandria, VA 22314
Telephone: (703) 828-4019
Facsimile: (415) 426-4744

Denise De Mory (*pro hac vice* forthcoming)
CA Bar No. 168076
ddemory@bdiplaw.com
Darrell R. Atkinson (*pro hac vice* forthcoming)
CA Bar No. 280564
datkinson@bdiplaw.com
Talbot Child (*pro hac vice* forthcoming)
CA Bar No. 359904

**BUNSOW DE MORY LLP**
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

*Counsel for Plaintiff*
*Daedalus Cloud LLC*